**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF NEW YORK, et al.<br><br>Plaintiffs<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 1:26-cv-03405-DLB |

**PROPOSED ORDER**

The Plaintiff States' Motion for Leave to File Excess Pages with Their Complaint, ECF No. 2, is hereby GRANTED. The plaintiffs' Complaint for Declaratory and Injunctive Relief, ECF No. 1, is hereby accepted for filing.

IT IS SO ORDERED.

Date:

DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE