**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br>Defendants. | Civil Action No. 1:26-cv-03405-DLB |

**DEFENDANTS' MOTION TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF PENNSYLVANIA OR, IN THE ALTERNATIVE, TO THE DISTRICT OF COLUMBIA**

Pursuant to 28 U.S.C. § 1404(a), Defendants respectfully move to transfer this action to the United States District Court for the Middle District of Pennsylvania or, in the alternative, to the United States District Court for the District of Columbia.

This is the third-filed of three facial challenges to the same agency document—the Title X Notice of Funding Opportunity for fiscal year 2027—the first of which is nearly fully briefed and set for argument on September 11, 2026 in the Middle District of Pennsylvania, and the second of which is pending in the District of Columbia, where every Defendant resides and where the challenged document was issued. This action could have been brought in either district, and the interest of justice decisively favors transfer to either.

Upon transfer, Defendants will promptly seek assignment of this action as related to the pending case in the transferee court, and Defendants consent to expedited briefing of Plaintiffs' claims in the transferee court on any reasonable schedule Plaintiffs propose. Defendants do not seek a particular judge; they seek fewer than three.

Defendants further respectfully request that the Court resolve this motion before taking up any other matter in the case and request a hearing on this motion pursuant to Local Rule 105.6. The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order accompanies this motion pursuant to Local Rule 105.1.

September 4, 2026

Respectfully submitted,

/s/ *Landen P. Benson*
LANDEN P. BENSON
Attorney
GA Bar No. 863909
U.S. Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201
landen.benson@hhs.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, the foregoing Defendants' Motion to Transfer Venue was filed through the CM/ECF system, which will automatically generate notice upon all counsel of record.

/s/ *Landen P. Benson*
LANDEN P. BENSON
Attorney
GA Bar No. 863909
U.S. Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201
landen.benson@hhs.gov

*Counsel for Defendants*