**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br>Defendants. | Civil Action No. 1:26-cv-03405-DLB |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Transfer Venue, the memorandum in support, and any opposition and reply, it is this ____ day of ____________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that Defendants' Motion to Transfer Venue is GRANTED; and it is further

ORDERED that this action is TRANSFERRED to the United States District Court for the [Middle District of Pennsylvania / District of Columbia] pursuant to 28 U.S.C. § 1404(a); and it is further

ORDERED that the Clerk shall transmit the record in this action to the Clerk of the transferee court and CLOSE this case.

________________________________
JUDGE DEBORAH L. BOARDMAN
United States District Judge