# Exhibit 2

**From:** Benson, Landen (OS/OGC)
**To:** "Williamson, Virginia"
**Cc:** Kirschner, Adam; Zorn, Matthew (HHS/OGC); Slater, Allyson (AGO); Navedo, Ivan
**Subject:** RE: State of New York, et al. v. U.S. Department of Health and Human Services, No. 1:26-cv-03405-DLB (D. Md.)
**Date:** Thursday, September 17, 2026 2:12:00 PM

---

Hi Virginia,
Thank you for reaching out.

We would like the opportunity to discuss these issues with our client and then to meet and confer.

Please let me know your availability Monday, September 21 or sometime early next week and I will circulate a meeting invitation for a time that works for us as well.

Please include my colleague Matt Zorn (copied) on all correspondence regarding this matter.

Thank you,
Landen

Landen P. Benson
Attorney Advisor
Office of the General Counsel | National Complex Litigation and Investigations Division
U.S. Department of Health and Human Services
Direct: (404) 863-4837

---

**From:** Williamson, Virginia <VWilliamson@oag.maryland.gov>
**Sent:** Thursday, September 17, 2026 1:37 PM
**To:** Benson, Landen (OS/OGC) <Landen.Benson@hhs.gov>
**Cc:** Kirschner, Adam <AKirschner@oag.maryland.gov>; Slater, Allyson (AGO) <allyson.slater@mass.gov>; Navedo, Ivan <ivan.navedo@ag.ny.gov>
**Subject:** State of New York, et al. v. U.S. Department of Health and Human Services, No. 1:26-cv-03405-DLB (D. Md.)

Counsel,

On behalf of the Plaintiff States, we write to propose a schedule for summary judgment briefing, including proposed page limits. Plaintiffs plan to file their opposition to Defendants' transfer motion tomorrow, but we believe the parties should proceed apace with summary

judgment briefing at this point, particularly given that this matter can be briefed quickly based on an administrative record Defendants have already compiled and produced in other cases.

**Administrative Record.** Plaintiffs have access to the administrative record Defendants compiled and produced in *NFPHRA v. Kennedy*, No. 26-cv-01684-JPW (M.D. Pa.), and *Planned Parenthood of America, Inc. v. U.S. Department of Health and Human Services*, No. 26-cv-2656 (D.D.C.). Defendants' transfer motion indicates that the same administrative record is at issue in this case, and Plaintiffs agree. For purposes of ensuing a clean and complete record in this case and facilitating upcoming summary judgment briefing, Plaintiffs ask that, as soon as practicable, Defendants certify and serve the administrative record in this case as well. We'd be happy to accept service via email.

**Proposed Summary Judgment Briefing Schedule.** Plaintiffs intend to file their summary judgment motion on Wednesday, October 7. Assuming that Defendants intend to cross-move, Plaintiffs propose the following schedule, with proposed page limits incorporated:

- **October 7:** Plaintiffs' motion for summary judgment (45 pages);
- **October 21:** Defendants' cross-motion for summary judgment and opposition (45 pages);
- **November 4:** Plaintiffs' opposition to Defendants' cross-motion and reply in support of Plaintiffs' motion (20 pages);
- **November 18:** Defendants' reply (20 pages).

We believe this schedule, which uses the District of Maryland's default 14-day intervals between filings, is appropriate given Defendants' representation that this matter can be briefed quickly based on the existing administrative record. Given the time-sensitive nature of this matter, we would appreciate a prompt response as to whether Defendants agree to the proposed schedule and page limits, or have any specific concerns, so that the parties can proceed on a shared understanding of upcoming proceedings without any unnecessary delay.

Best,
Virginia

**Virginia A. Williamson**
*Assistant Attorney General*
**Office of the Attorney General**
Civil Division / Federal Accountability Unit
200 Saint Paul Place
Baltimore, Maryland 21202
410-576-6584
vwilliamson@oag.maryland.gov
**oag.maryland.gov**

The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.