**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-03405-DLB |

**DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Complaint. A brief in support of this motion will be filed concurrently herewith.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

September 25, 2026

Respectfully submitted,

/s/ *Landen P. Benson*
MATTHEW C. ZORN*
Senior Counsel to the
Associate Attorney General
TX Bar No. 24106625
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
matthew.zorn2@usdoj.gov

*Notice of Appearance forthcoming

LANDEN P. BENSON
Attorney
GA Bar No. 863909
U.S. Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201
landen.benson@hhs.gov

*Counsel for Defendants*