**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-03405-DLB |

**[PROPOSED] ORDER**

NOW, this _____ day of _______________, 2026, upon consideration of Defendants' Motion to Dismiss, the brief in support thereof, and any responses and replies thereto, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; and

ORDERED that Plaintiffs' Complaint is DISMISSED.

______________________________
JUDGE DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND