**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 1:26-cv-03405-DLB |

* * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs State of New York; State of Maryland; Commonwealth of Massachusetts; State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawai'i; State of Illinois; Office of the Governor, *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; State of Maine; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of Oregon; Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; State of Rhode Island; State of Vermont; Commonwealth of Virginia; State of Washington; and State of Wisconsin respectfully move the Court for summary judgment under Rule 56(a) of the Federal Rules of Civil Procedure. Arguments and authorities in support of this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss.

Dated: October 9, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
Attorney General of Maryland

By: */s/ Virginia A. Williamson*
Virginia A. Williamson (D. Md. Bar No. 31472)
James C. Luh (D. Md. Bar No. 31776)
Adam Kirschner (D. Md. Bar No. 31767)
*Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6584
vwilliamson@oag.maryland.gov

*Attorneys for State of Maryland*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Galen Sherwin*
Galen Sherwin†
*Special Counsel for Reproductive Justice*
Rabia Muqaddam†
*Chief Counsel for Federal Initiatives*
Andres Ivan Navedo†
Molly Brachfeld†
Victoria Ochoa†
*Assistant Attorneys General*
28 Liberty St.
New York, NY 10005
(929) 736-3392
galen.sherwin@ag.ny.gov
rabia.muqaddam@ag.ny.gov
ivan.navedo@ag.ny.gov
molly.brachfeld@ag.ny.gov
victoria.ochoa@ag.ny.gov

*Attorneys for the State of New York*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Allyson Slater*
Allyson Slater†
*Director, Reproductive Justice Unit*
Nita K. Klunder†
Morgan Carmen†
Abigail Gabrieli†
*Assistant Attorneys General*
One Ashburton Pl.
Boston, MA 02108
(617) 963-2255
allyson.slater@mass.gov
morgan.carmen@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**ROB BONTA**
Attorney General for the State of California

By: */s/ Ketakee Kane*
Neli N. Palma†
*Senior Assistant Attorney General*
Ketakee Kane†
David Houska†
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612
(510) 879-1519
Ketakee.Kane@doj.ca.gov

*Attorneys for the People of the State of California*

**PHIL WEISER**
Attorney General of Colorado

By: */s/ Gabe Podesta*
Gabe Podesta†
Ryan Lorch†
*Senior Assistant Attorneys General*
1300 Broadway, 10th Fl.
Denver, CO 80203
(720) 508-6000
gabe.podesta@coag.gov
ryan.lorch@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Alma Nunley*
Alma Nunley†
*Assistant Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5318
Alma.Nunley@ct.gov

*Attorney for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston†
*Director of Impact Litigation*
Vanessa L. Kassab†
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General of Hawai‘i

By: */s/ Kaliko‘onālani D. Fernandes*
Kaliko‘onālani D. Fernandes†
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorney for the State of Hawai‘i*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Caitlyn G. McEllis*
Caitlyn G. McEllis†
*Senior Policy Counsel*
Holly F.B. Berlin†
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. LaSalle St. Chicago, IL 60603
(312)814-3000
Caitlyn.McEllis@ilag.gov
Holly.berlin@ilag.gov

*Attorneys for the State of Illinois*

**OFFICE OF THE GOVERNOR *ex rel.* ANDY BESHEAR**
Governor of the Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. Travis Mayo†
*General Counsel*
Sam Flynn*
*Chief Deputy General Counsel*
Laura C. Tipton*
*Deputy General Counsel*
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
sam.flynn@ky.gov
laurac.tipton@ky.gov

*Counsel for the Office of the Governor*

**AARON M. FREY**
Attorney General of Maine
By: */s/ Katherine W. Thompson*
Katherine W. Thompson†
*Special Counsel*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
kate.thompson@maine.gov

*Attorneys for State of Maine*

**DANA NESSEL**
Attorney General of Michigan
By: */s/ Neil Giovanatti*
Neil Giovanatti†
*Assistant Attorney General*
P.O. Box 30212
Lansing, MI 48909
(517) 241-1050
GiovanattiN@michigan.gov

*Attorney for the State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

By: */s/Katherine Bies*
Katherine Bies†
*Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Attorney for the State of Minnesota*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland†
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for the State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso†
*Deputy Attorney General*
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
Meghan.Musso@law.njoag.gov

*Attorney for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Aletheia V.P. Allen*
Aletheia V.P. Allen†
*Solicitor General*
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
aallen@nmdoj.gov

Seth C. McMillian†
*Deputy Solicitor General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-546-9919
smcmillan@nmdoj.gov

*Attorneys for State of New Mexico*

**DAN RAYFIELD**
Attorney General State of Oregon

By: */s/ Leanne Hartmann*
Leanne Hartmann†
*Senior Assistant Attorney General*
Galen Knowles†
*Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Galen.Knowles@doj.oregon.gov

*Attorneys for the State of Oregon*

**JOSH SHAPIRO**
Governor for the Commonwealth of Pennsylvania

By: */s/ Jacob B. Boyer*
Jennifer C. Selber*
Jacob B. Boyer*
*Deputy General Counsel*
Governor's Office of General Counsel
30 North 3rd Street
Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov

*Attorneys for Governor Josh Shapiro*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski†
*Special Assistant Attorney General*
150 South Main St.
Providence, RI 02903
(401) 274-4400
kgradowski@riag.ri.gov

*Attorney for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: /s/ Ryan Patrick Kane
Ryan Patrick Kane†
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*

**JAY JONES**
Attorney General for the Commonwealth of Virginia

By: */s/ Megan C. Keenan*
Megan C. Keenan (D. Md. Bar No. 32426)
*Deputy Solicitor General*
202 North Ninth Street
Richmond, Virginia 23219
(804) 997-5222
mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Lynn K. Lodahl*
Lynn K. Lodahl†
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707
(608) 264-6219
lynn.lodahl@wisdoj.gov

*Attorney for the State of Wisconsin*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: /s/ *Lauryn K. Fraas*
Lauryn K. Fraas†
*Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Tel (206) 464-7744
lauryn.fraas@atg.wa.gov

*Attorney for the State of Washington*

* *pro hac vice application forthcoming*
‡ *pro hac vice application pending*
† *appearing pro hac vice*