# INDEX OF EXHIBITS

| Ex. # | Exhibit Title |
|---|---|
| A | Sarah E. Romer et al., *Providing Quality Family Planning Services in the United States: Recommendations of the U.S. Office of Population Affairs (Revised 2024)*, 67 AM. J. PREV. MED. S41 (2024) ("QFP"). |
| B | Off. of Population Affs., *OPA Program Policy Notice 2024-02—Implementing Quality Family Planning Services Recommendations within Title X Projects*, U.S. Dep't Health & Hum. Servs. (Nov. 19, 2024), https://opa.hhs.gov/node/4173 ("Program Policy Notice 2024-02"). |
| C | Off. of Population Affs., *Title X Program Handbook*, U.S. Dep't Heath & Hum. Servs. (Dec. 2024), https://opa.hhs.gov/sites/default/files/2025-03/title-x-program-handbook-dec-2024.pdf. |
| D | Kimberly A. Workowski et al., Ctrs. for Disease Control & Prevention, *Sexually Transmitted Infections Treatment Guidelines, 2021*, Morbidity & Mortality Wkly. Rep.: Recommendations & Rep., July 23, 2021, https://www.cdc.gov/std/treatment-guidelines/STI-Guidelines-2021.pdf. |
| E | Off. of Population Affairs, Title X Program Review Tool (Sept 2022), https://opa.hhs.gov/sites/default/files/2022-12/title-x-program-review-tool-december-2022%20rev.pdf |
| F | Off. of Population Affs., Fertility Knowledge Survey, 2020: Findings Report 19 (June 30, 2020), https://opa.hhs.gov/sites/default/files/2021-01/fertility-knowledge-survey-findings-exec-summary-2020.pdf. |
| G | Kimberly Daniels et al., *Current Contraceptive Status Among Women Aged 15-49: United States, 2022-2023*, National Center for Health Statistics Data Brief, No. 539 (Aug. 2025) |
| H | Kimberly Daniels et al., *Current Contraceptive Status Among Women Aged 15- 49: United States, 2017-2019*, National Center for Health Statistics Data Brief, No. 388 (Oct. 2020) |
| I | Kimberly Daniels et al., *Current Contraceptive Status Among Women Aged 15- 49: United States, 2015-2017*, National Center for Health Statistics Data Brief, No. 327 (Dec. 2018) |
| J | Kimberly Daniels et al., *Contraceptive Methods Women Have Ever Used: United States, 2015-2019*, National Health Statistics Reports, No. 195 (Dec. 14, 2023). |
| 1 | Declaration of Nomsa Khalfani, PhD (California) |
| 2 | Declaration of Julie Heller (Colorado) |
| 3 | Declaration of Kathryn Britos (Connecticut) |
| 4 | Declaration of Yvonne Fletcher (Delaware) |

| | |
|---|---|
| 5 | Declaration of Wendy K. Nihoa (Hawai'i) |
| 6 | Declaration of Lisa Masinter (Illinois) |
| 7 | Declaration of Dr. Lori Caloia (Kentucky) |
| 8 | Declaration of Ruth Blodgett (Massachusetts) |
| 9 | Declaration of Maryann Harakall (Maine) |
| 10 | Declaration of Meg Sullivan, MD, MPH (Maryland) |
| 11 | Declaration of Sarah Lyon-Callo (Michigan) |
| 12 | Declaration of Noya Woodrich (Minnesota) |
| 13 | Declaration of Iris Jones (New Jersey) |
| 14 | Declaration of Linda Humphrey, FNP, MSN, MPH (New Mexico) |
| 15 | Declaration of K. Brunetti Ireland (Nevada) |
| 16 | Declaration of Travis O'Donnell (New York) |
| 17 | Declaration of Annika Shore (Oregon) |
| 18 | Declaration of Kristen Rodak (Pennsylvania) |
| 19 | Declaration of Kristine Campagna (Rhode Island) |
| 20 | Declaration of Vanessa Walker Harris (Virginia) |
| 21 | Declaration of Ilisa Stalberg (Vermont) |
| 22 | Declaration of Cindil Redick-Ponte, MSSW (Washington) |
| 23 | Declaration of Paula Tran (Wisconsin) |