# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF NOMSA KHALFANI**

I, Nomsa Khalfani, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Chief Executive Officer of Essential Access Health, Inc. (Essential Access), a position I have held since February 2026. In this role, I am responsible for the overall leadership, strategic direction, and operations of the organization, including oversight of Essential Access Health's administration of the Title X program in California. I work closely with our leadership team and have knowledge of Essential Access Health's programs, funding, provider network, and efforts to ensure access to Title X services throughout the state.

3. Essential Access is California's sole Title X grantee and administers the nation's largest and most diverse Title X provider network. Essential Access partners with 44 subrecipients to ensure that California residents have access to a broad range of Title X services, including contraceptive care; STI and HIV prevention education, counseling, testing and treatment; adolescent services; infertility services; and pregnancy testing and options counseling.

4. I have personal knowledge of all the facts stated herein, including based on my professional experience and information and records available to me in my professional capacity. If called as a witness, I could and would testify competently to the matters set forth below.

Title X-Funded Family Planning Programming in California

5. Essential Access was founded in 1968 as the Los Angeles Regional Family Planning Council, which later was the foundation of the California Family Health Council, before finally becoming Essential Access Health in 2016. Essential Access is a California nonprofit 501(c)(3) corporation. Every year, HHS distributes Title X funding to support family planning programs and related reproductive care in service areas throughout the country. For more than fifty years, Essential Access has served as California's primary Title X Family Planning Services Grantee and is presently the state's sole Title X grantee.

6. In Fiscal Year 2024, Essential Access received approximately $13,759,368 in federal Title X funding. That funding supports family planning services through 52 subrecipients, for approximately 348 service sites throughout the State. The FY2024-25 funding level is representative of the typical annual Title X funding supporting family planning services.

7. Title X-funded subrecipients in California include counties, cities, nonprofits, federally qualified health centers, and other organizations. During 2025, Title X-funded providers in California served approximately 461,218 individuals through approximately 848,039 visits. Many of these Title X funded providers are longstanding members of the State's family planning and public health network. For example, AltaMed Health Services Corporation, which operates 15 sites in California, has received Title X funding since 1988 and currently receives $200,000 per year.

8. The individuals served by Title X-funded providers in California include vulnerable populations, including low income patients, uninsured patients, or patients in rural or remote areas with limited access to healthcare. Last year, approximately 461,218 of individuals received services

at no cost, approximately 18.6% who received services were uninsured, 70% had public insurance, and approximately 67% had household incomes at or below 100% Federal Poverty Level. In many California communities, Title X-funded providers are an essential or even the only source of affordable family planning and preventative health services for individuals who otherwise have limited access to care.

9. The Title X-funded network addresses significant public health needs within California, including the continued high burden of sexually transmitted infections (STIs) and persistent barriers to accessing preventive and reproductive health care. Although California has experienced recent declines in reported cases of several STIs, rates remain high and disparities persist across populations and regions of the state. Young people and communities facing geographic, economic, and other barriers to care particularly dependent on accessible safety-net services. Title X-funded providers play an essential role in addressing these needs by providing, among other things, contraceptive services; STI and HIV prevention education, counseling, testing, and treatment; pregnancy testing and options counseling; and other preventive health services.

10. California relies on the existing capacity and infrastructure of Title X-funded subrecipient providers to help meet these public health needs. These providers have established services sites, trained personnel, referral networks, and trusted community relationships through which they deliver Title X services to communities across the state. This network reflects years of investment in developing the capacity, expertise, and infrastructure necessary to provide accessible, high-quality care including in communities that face barriers to accessing services.

California and the 2027 NOFO

11. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. I understand that the 2027 NOFO establishes new conditions and priorities that will govern Title X funding for the 2027 grant cycle and will affect

Title X-funded providers operating in California.

12. In particular, the 2027 NOFO requires applicants to align with new priorities advanced by the Office of Population Affairs, the Office of the Assistant Secretary of Health, and the U.S. Department of Health and Human Services. These priorities concern, among other things, diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (the "Agency Priorities"). The 2027 NOFO incorporates these Agency Priorities into the application and review process and further requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

13. Essential Access is concerned that Title X-funded providers may need to make significant changes to established programs, services or operations in response to the new Agency Priorities to remain competitive for Title X funding. Implementing such changes could require providers to redirect staff time and resources, modify established programs or service delivery, and assume additional administrative and programmatic burdens, reducing the capacity of the Title X-funded network to provide services to California residents who rely on these providers for care. Providers that are unable or choose not to make such changes may, alternatively, face the loss or reduction of the Title X funding.

Consequences of Losing Title X Funding

14. If Essential Access does not receive funding for the grant cycle beginning in 2027, approximately $15M in federal Title X funding would no longer support family planning services in the State. The loss of that funding would affect approximately 350 providers and approximately 460,000 individuals who receive services through those providers in California each year.

15. Without sufficient replacement funding, affected providers would likely be forced to

reduce services or staffing, limit the number of patients they serve, or close service sites. Residents who currently rely on these providers could face longer wait times, fewer available appointments, reduced access to services, and the need to travel greater distances for care to obtain care. These impacts would be particularly significant in communities where alternative sources of affordable care are limited

16. Patients who can no longer obtain affordable family planning, sexually transmitted infection screening and treatment, and other preventative care through Title X-funded providers may have to delay or forego care or seek services from other health care providers and systems. Some patients may be unable to obtain needed care at all. Delayed or foregone preventive care can allow health conditions to go undetected or untreated and increase the likelihood that patients will require more complex and costly care later.

17. To mitigate the harms caused by a loss of Title X funding, Essential Access would need to seek replacement funding, including from the State of California, to sustain services currently supported by Title X. There is no guarantee that sufficient state or other funding would be available to replace the lost federal funds, particularly within the timeframe necessary to avoid disruptions in services.

18. The loss or substantial reduction of Title X funding would disrupt an established statewide network of providers and services, place additional demands on other health care providers and publicly funded health systems, and reduce access to care for California residents who rely on Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5 day of October 2026, in Los Angeles, California.

/s/*

Nomsa Khalfani, PhD
Chief Executive Officer
Essential Access Health
PO Box 750 W. 7th Street
Suite 201
Los Angeles, CA 90017

*Counsel hereby certifies that they have a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.