# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *

**DECLARATION OF KATHRYN BRITOS**

I, Kathryn Britos, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Supervising Nurse Consultant at the Department of Public Health within the State of Connecticut, a position I have held since 2024. I have 34 years of experience in health and human services, including clinical experience. In my current position, I am the supervising nurse consultant for the Reproductive and Perinatal Health Access unit, which oversees the Infant Mortality Review program, the Maternal Mortality Review program, the Reproductive Health program, the Health Access programs, the Perinatal Case Management program, the Adolescent Reproductive Health program and the Perinatal Health program. In this capacity, I am familiar with the State's public health programs and the provision of family planning services, as well as reproductive health and related preventive health services in the State, including services provided by entities that receive federal Title X funding.

3. I have personal knowledge of all the facts stated herein, including based on my professional experience and information and records available to me in my professional capacity. If called as a witness, I could and would testify competently to the matters set forth below.

Title X-Funded Family Planning Programming in Connecticut

4. Although Connecticut is not a direct recipient of Title X funding, federal Title X funding supports family planning and related preventive health services throughout the States through two grantees. Planned Parenthood of Southern New England (PPSNE), the largest Title X grantee in the State, is a critical part of the health care safety net. The Cornell Scott-Hill Center became a Title X grantee in Connecticut in 2018, and while it is much smaller than PPSNE, it operates six health centers that provide Title X services in the New Haven area and primarily serves local residents. These providers are an established part of the State's broader public health infrastructure.

5. In 2026, these two Title X grantees operating in Connecticut received approximately $2,365,504 in federal Title X funding. That funding supports family planning services through a combined approximately 20 health centers throughout the State. PPSNE has roughly 20 full-time clinicians serving its Title X program. The GY2026 funding level is representative of the typical annual Title X funding supporting family planning services in Connecticut. PPSNE receives approximately $1,414,917 annually in additional funding to support planning services through the Connecticut Department of Public Health's Reproductive Health grant, as well as additional funding from the Connecticut Department of Social Services SSBG/Title XX grant.

6. The individuals served by Title X-funded providers in Connecticut include low-income, uninsured, underinsured, and rural populations. For the grant year that ran from April 1, 2025, to March 31, 2026, PPSNE served approximately 42,680 individuals, and roughly 6% of

those individuals were served at no cost. Approximately 98% of reproductive health patients at Cornell Scott-Hill had household incomes below the federal poverty line. In many Connecticut communities, Title X-funded providers are an essential source of affordable family planning and preventive health services for individuals who otherwise have limited access to care.

7. The Title X-funded network addresses significant public health needs within Connecticut. For many low-income women in Connecticut, the visit to the Title X family planning provider is the only health care they receive all year. For these women, it is often the only opportunity to detect and initiate or direct appropriate treatment for chronic diseases and conditions, such as high blood pressure, diabetes, and cervical and breast cancer or acute diseases, such as sexually transmitted infections, that could affect their overall health.

8. The Connecticut Department of Public Health has long relied on PPSNE to provide services including breast and cervical cancer screenings, HIV and STI testing, contraception, preventive education, counseling, and telehealth. Demographic data so far this year (10/1/25-5/30/26) reflects PPSNE's broad reach: 12% of patients are under age 20; 24% are ages 20–24; and the remaining individuals represent all reproductive age groups. Racial/ethnic composition includes 27% White, 36% Latino, 21% Black, and 16% are other including Asian, Native American, mixed race, or unknown. The number of Latino patients has increased from 29% to 36%, so far this time period compared to last year (10/1/25-9/30/2026) and may still increase. Title X-funded providers play an essential role in addressing these needs by providing these services.

9. Connecticut relies on the existing capacity of Title X-funded providers to help meet these public health needs. These providers have established services sites, trained personnel, referral networks, and community relationships through which they provide family planning services and related preventive health services.

Connecticut and the 2027 NOFO

10. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. I understand that the 2027 NOFO establishes new conditions and priorities that will govern Title X funding for the 2027 grant cycle and will affect Title X-funded providers operating in Connecticut.

11. In particular, the 2027 NOFO requires applicants to align with new priorities advanced by the Office of Population Affairs, the Office of the Assistant Secretary of Health, and the U.S. Department of Health and Human Services. These priorities concern, among other things, diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (the "Agency Priorities"). The 2027 NOFO incorporates these Agency Priorities into the application and review process and further requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

12. Connecticut is concerned that Title X-funded providers may need to make significant changes to established programs or services to respond to the new Agency Priorities to remain competitive for Title X funding. Such changes will likely disrupt established services, impose substantial administrative and programmatic burdens on existing grantees, and reduce the capacity of the Title X-funded network on which Connecticut and its residents rely. Alternatively, providers that do not make such changes may face the loss of Title X funding.

13. The Connecticut Department of Public Health has longstanding relationships with Title X-funded providers within the State of Connecticut through contracts, programs, health education, and referrals. The Connecticut Department of Public Health's relationship with PPSNE and Cornell Scott-Hill, as trusted community providers, has allowed State residents to rely on an

established network of providers, alleviating some of the burden the State would otherwise face having to create or fund duplicative capacity to provide these services.

<u>Consequences of Losing Title X Funding</u>

14. If Title X-funded providers in Connecticut do not receive funding for the grant cycle beginning in 2027, approximately $2,365,504 in federal Title X funding would no longer support family planning services in the State. The loss of that funding would affect an estimated 67,350 individuals who receive services through those providers in Connecticut each year.

15. It is my understanding that PPSNE will not be able to apply for 2027 Title X funds because it cannot comply with many of the new conditions. If this is so, Connecticut will almost certainly lose its largest and most experienced Title X grantee. The loss of a provider of the size and quality of PPSNE will undoubtedly diminish access to comprehensive family planning services such as primary well-person reproductive, gynecological care, birth control services and supplies among low-income men and women, the uninsured, Medicaid clients, and adolescents in Connecticut. These populations are the most vulnerable residents of Connecticut with the greatest need for services.

16. Connecticut does not have sufficient alternative provider capacity to immediately replace the services supported by Title X funding. Without sufficient replacement funding, affected providers are likely to reduce services, reduce staffing, or close service sites. Residents who currently obtain services through these providers may no longer have access to medical care or would be likely to face longer wait times, fewer available appointments, reduced services, and/or the need to travel farther for care. This could result in higher morbidity and mortality rates in Connecticut—specifically, poor maternal health outcomes and higher maternal and infant mortality rates.

17. The State would also face fiscal consequences from the loss of Title X-funded services. Many patients who can no longer obtain affordable family planning services, including reproductive clinical and educational health care, sexually transmitted infection screening and

treatment, and related preventive care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care from other sources such as state Medicaid and other state and/or local safety net programs. The largest provider of these programs are the Federally Qualified Health Centers (FQHCs), many of whom provide only standard primary care and not specialized reproductive care. This would increase demand for services supported by State and local resources and could increase public expenditures for care that Title X-funded providers currently provide or help prevent through early screening, treatment, and preventive services. Some patients may be unable to obtain this critical heath care at all, due to lack of transportation to the few FQHCs that may offer OB/GYN or reproductive clinical care. This will lead to poor health outcomes, increased high-risk situations, and most costly health care needs for state residents in the immediate and long-term. Connecticut is likely to bear these costs through their state Medicaid programs.

18. The State cannot immediately replace the infrastructure supported by Title X funding. A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity, longstanding community partnership, trusted expertise in both male and female reproductive care, higher laboratory costs, and adolescent health care. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave significant and dangerous gaps in access to care in the interim.

19. Connecticut also provides approximately $1,432,067 in State funding to PPSNE, the CT reproductive care program grantee, to provide family planning services, preventative education and services and related reproductive health care services to all who enter their clinics. This investment supports numerous preventive and screening activities, including screening and referral for specialized treatment for sexually transmitted diseases such as Gonorrhea, Chlamydia, Herpes,

Syphilis and HIV, of which the first two have increased in the state. The educational component of the program is crucial for the health and well-being of adolescents and young adults in the state, regardless of ability to pay. To prevent the harms caused by a loss of Title X funding, Connecticut would have to attempt to fill the shortfall with state-only funds, which has historically not been sufficient to cover the increase in patient numbers, supplies and specialist providers.

20. For these reasons, the loss or substantial reduction of Title X funding would impose costs on Connecticut beyond the loss of the federal grant itself. It would disrupt an established network of providers and services, increase demands on other publicly funded health systems, and reduce access to care for residents throughout Connecticut who rely on Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of September 2026, in Preston, CT.

Kathryn Britos
Digitally signed by Kathryn Britos
Date: 2026.09.29 15:04:09 -04'00'

Kathryn Britos
Supervising Nurse Consultant
CT Department of Public Health
410 Capitol Avenue
Hartford, CT 06106