# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF YVONNE FLETCHER**

I, Yvonne Fletcher, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Title X Family Planning Director at the Division of Public Health within the State of Delaware, a position I have held since 2022. My work includes leadership and overall direction for the Title X Family Planning Program ensuring effective administration, fiscal oversight, regulatory compliance, and delivery of high-quality family planning services. I also oversee program operations, provider partnerships, performance, and resource allocation to support statewide access to comprehensive family planning services and advance program goals and outcomes. In this capacity, I am familiar with the State's administration, funding, and delivery of family planning and related preventative health services, including services supported through the federal Title X program.

3. I have personal knowledge of all the facts stated herein, including based on my professional experience and information and records available to me in my professional capacity. If

called as a witness, I could and would testify competently to the matters set forth below.

Delaware's Title X-Funded Family Planning Programming

4. The State of Delaware, through the Division of Public Health, is a direct recipient of Title X funding. Delaware uses Title X funding to cover the costs of its Delaware Family Planning Program. The Delaware Family Planning Program, administered by the Delaware Department of Health and Social Services, Division of Public Health, provides voluntary, confidential, and accessible family planning and reproductive health services throughout Delaware. The program prioritizes access for low-income, uninsured, underinsured, and underserved vulnerable populations and offers reproductive health services, preconception health services, health education and related preventive care delivered through subrecipients and local clinics. Through a network of state and community-based providers, the program works to improve access to quality health care and support individuals and families in achieving their reproductive health and family planning goals. The State has participated in the Title X program continuously for over a decade.

5. For Fiscal Year 2026, the Delaware Family Planning Program had a total annual budget of approximately $2,602,642.00, consisting of $1,070,842.00 in federal Title X funding and $1,531,800.00 in State funding. There are no other sources of funding. These funding sources collectively support the State's family planning program and provider network. Delaware allocates funds strategically to support the delivery of family planning and related services through contracted subrecipients. Funding is allocated based on programmatic needs, service capacity, and applicable funding requirements. The FY2026 budget is representative of the State's typical annual funding for family planning and related preventative health services.

6. Delaware administers Title X through six contracted subrecipients, including: Children and Families First, La Red Health Center, The Rosa Health Center, Brandywine Counseling and Community Services, Henrietta Johnson Medical Center and Westside Family Health. They are

able to offer services by maintaining 18 clinic locations throughout Delaware which include: Children and Families First (1 service site), Henrietta Johnson Medical Center (1 service sites), Coras Wellness and Behavioral Health (3 service sites), La Red Health Center (3 service sites), Brandywine Counseling and Community Services, Inc. (4 service sites), Westside Family Health (5 service sites) and The Rosa Health Center (1 service site). There are seven Division of Public Health Sexual and Reproductive Health Clinics that provide Title X services across all three Delaware counties: New Castle County (2 service sites), Kent County (2 service sites), and Sussex County (3 service sites). In addition, the program has service provision contracts with 32 school-based health centers located throughout the state. Many of these providers are longstanding members of the State's Title X network.

7. As of September 2026, Delaware's Title X network includes 57 health centers. During 2025, these providers served approximately 6,270 individuals through approximately 10,804 visits.

8. In 2025, approximately 67% who received services were uninsured, 21% had public insurance, and approximately 69% had household incomes at or below the federal poverty level. In many Delaware communities, these providers are an essential source of affordable family planning and preventative health services for individuals who otherwise have limited access to care.

9. The Title X program addresses significant public health needs within Delaware. The Delaware Title X Family Planning Program addresses public health needs by improving access to high-quality, affordable, and preventive reproductive health services with an emphasis on low income, uninsured, underinsured, and vulnerable populations. Title X providers provide an essential role in preventing unintended pregnancies and promoting healthy outcomes for women and infants through access to comprehensive family planning services, preventive health screenings, and referrals to additional health and social services. Through a statewide network of providers the Title

X Program serves as an important component of the state's broader public health infrastructure helping ensure timely access to care, promote healthier pregnancies birth spacing, and improve health outcomes for women, infants, and families.

10. Whenever it has accepted and drawn down Title X funds, the Delaware Division of Public Health has faithfully complied with applicable law and regulations. During its participation in the Title X program, the Delaware Division of Public Health has followed applicable Office of Population Affairs ("OPA") guidance, including implementing recommendations from the 2014 and, if applicable, 2024 editions of OPA's own *Providing Quality Family Planning Services* ("QFP") publication, to the extent required by OPA in its 2014 Title X Family Planning Guidelines, applicable Funding Opportunity Announcements. Delaware Division of Public Health has invested time and effort to ensure it provides quality family planning services consistent with nationally recognized standards of care in compliance with applicable program requirements and recommendations. As applicable during its participation, it has worked hard to adapt its programming to implement past OPA feedback, used OPA-provided program review tools to assess its own compliance and that of subgrantees, attended Reproductive Health National Training Center trainings, and strengthened quality assurance and monitoring processes to ensure Title X-funded services and subrecipient activities remain aligned with federal requirements and OPA guidance and implemented enhanced documentation and reporting systems to improve oversight, accountability, and the ability to demonstrate compliance with program requirements.

<u>Delaware's Title X Application and the 2027 NOFO</u>

11. The Delaware Division of Public Health is responsible for preparing and submitting Delaware's Title X application. Preparing the application requires substantial work by State personnel and coordination with the State's Title X subrecipients and other program partners.

12. Preparing our Title X application takes the Delaware Division of Public Health

significant time and resources. The process includes developing a Project Narrative, Work Plan, and Budget Narrative; coordinating with subrecipients; collecting program data; developing budgets and performance measures; and completing internal review and approval processes. The application requires the State to make decisions about its program, likely provider network, staffing, services, and budget before an application can be submitted, and well before any grant period begins.

13. Delaware has applied for Title X family planning services project grants for over a decade and has never been denied a grant award. As required by state law, Delaware must engage in a competitive bid process to identify its network of proposed subrecipients every five years. Historically, Delaware has based its Title X application substantially on its existing program and provider network.

14. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. The Delaware Division of Public Health has reviewed the 2027 NOFO and determined that its new conditions and priorities significantly change what is expected of Title X applicants and present significant challenges for the State's existing Title X program.

15. In particular, the Delaware Division of Public Health understands that the 2027 NOFO requires alignment with new priorities advanced by OPA, the Office of the Assistant Secretary for Health, and the U.S. Department of Health and Human Services. The priorities concern, among other things, diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (together, the "Agency Priorities"). The 2027 NOFO incorporates these priorities into the application and review process and requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

16. Applying for funding under the 2027 NOFO has required and will continue to require the State to devote extra staff time and resources to determining if and how its existing program must be modified and to address the new Agency Priorities while continuing to comply with existing Title X requirements. Delaware is faced with a difficult choice: on the one hand, it can apply under the 2027 NOFO with its existing Title X program, which it knows to be efficacious, and risk losing funding in the event the Office of Population Affairs decides that program does not sufficiently align with the new Agency Priorities; or, on the other hand, it can make changes to its established program in an attempt to further align with the new Agency Priorities, despite the vagueness of new conditions, and even though doing so may disrupt services, provider relationships, and many other aspects of the State's existing Title X programming.

17. In addition, it has not been made clear to the Delaware Division of Public Health what is required to comply with the new Agency Priorities. This creates a challenge for assembling Delaware's application. The difficulty in assembling an application is compounded by the fact that some priorities appear to be in tension, if not conflict, with existing laws and regulations. Delaware has identified potential areas of conflict related to Anti-DEI condition, Anti-Gender Ideology Condition, Overmedicalization Condition (including the extent it may be interpreted as discouraging access to reproductive care), Hyde Amendment Condition, Directive Counseling Condition, and certain HHS priorities that may not directly align with the statutory purpose and scope of the Title X program. These issues create practical challenges in developing application and establishing expectations for ongoing program implementation and compliance.

18. Delaware's existing Title X program is the product of many years of planning, investment, and coordination with its provider network, and the State would ordinarily expect to continue that programming, which has proven successful. To the extent the State must modify its existing program or application to address the new Agency Priorities, doing so would require

additional, resource-intensive administrative review, coordination, planning, and potentially programmatic changes. If programmatic changes are required, such changes are likely to disrupt established services and provider relationships, impose substantial administrative burdens, and reduce the State's ability to maintain effective Title X programming and thus to provide family planning services and related treatment and preventative health care in Delaware.

Consequences of Losing Title X Funding

19. If Delaware does not receive Title X funding for the grant cycle beginning in 2027, Delaware could not replace that approximately $1,070,842.00 federal funding with State dollars or other funding sources, and any replacement funding would first require a highly competitive process competing with other state priorities and initiatives with no guarantee for funding. The State also would be unable to determine the availability of any such funds in the future, presenting challenges such as lapse in funding and services for subrecipients.

20. Without sufficient replacement funding, Delaware could not fund its current Title X network in full. In Delaware, this would likely mean reduced services and/or loss of provider sites and health centers, loss of staff positions, and reduced access to care for individuals who currently receive Title X-funded services each year. Those who seek services in Delaware are likely to face longer wait times, fewer available appointments, reduced services, and/or the need to travel farther for care.

21. The State would also face fiscal consequences from the loss of Title X-funded services. Many patients who can no longer obtain affordable family planning, sexually transmitted infection screening and treatment, and related preventative care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care from other sources such as Medicaid and other State/local safety net programs. This would increase demand for services supported by State and local resources and could increase public expenditures for care

that Title X-funded providers currently provide or help prevent through early screening, treatment, and preventative services. Some patients may be unable to obtain this critical heath care at all. This will lead to poor health outcomes and most costly health care needs for state residents in the immediate and long-term. Delaware is likely to bear these costs through their state Medicaid programs.

22. Title X funding currently pays for program staffing, clinical personnel, supplies, quality assurance, training and technical assistance, preventative screenings, lab services and supplies, education and outreach, data and reporting structure, amongst other services provided and delivered through DPH clinics and subrecipients throughout the State's provider network. A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity, longstanding community partnership, lab services, lower cost pharmacy supplies for providers, HIV Program purchasing HIV tests, and technical support for OPA-required data reporting. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim

23. Delaware also provides approximately $440,000 in State funding to five grantees to provide family planning and related reproductive health services. This investment supports family planning services provided through Planned Parenthood, as well as four birthing hospitals that provide immediate postpartum IUD placement. This funding helps ensure access to a broad range of family planning services, including contraceptive options for individuals who choose to initiate an IUD immediately following delivery. To prevent the harms caused by the loss of Title X funding, Delaware would have to attempt to fill the shortfall with state-only funds.

24. For these reasons, the loss or substantial reduction of Title X funding would impose costs on Delaware beyond the loss of the federal grant itself. It would disrupt an established network of providers and services, increase demands on other publicly funded health systems, and reduce access to care for residents throughout the State who rely on the State's Title X program and Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of October, 2026, in Georgetown, DE.

/s/______________________
YVONNE FLETCHER
Title X Family Planning Director
Delaware Division of Public Health
546 S. Bedford St., Georgetown, DE 19947