# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF WENDY K. NIHOA**

I, Wendy K. Nihoa, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Chief at the Maternal and Child Health Branch, Hawaii Department of Health ("DOH") within the State of Hawaiʻi, a position I have held since 2025. My work includes providing administrative oversight and direction for public health programs within the Maternal and Child Health Branch, including those focused on women's health, reproductive health, adolescent health, family strengthening and violence prevention. From 2018-2021, I also served as the Women's and Reproductive Health Section Supervisor during the period in which the State administered the Title X grant. In this capacity, I am familiar with the State's public health programs and the provision of family planning and related preventative health services in the State, including services provided by entities that receive federal Title X funding.

3. I have personal knowledge of all the facts stated herein, including based on my professional experience and information and records available to me in my professional capacity. If

called as a witness, I could and would testify competently to the matters set forth below.

Title X-Funded Family Planning Programming in Hawaiʻi

4. Although Hawaiʻi is not a direct recipient of Title X funding, federal Title X funding supports family planning and related preventative health services throughout the State through one grantee, Essential Access, and nine subgrantees. Essential Access Health has been Hawaii's Title X grantee since 2022 and is an established part of the State's broader public health infrastructure.

5. In Fiscal Year 2026, Essential Access received approximately $1,942,880 in federal Title X funding. That funding supports family planning services through approximately nine providers and 27 service sites throughout the State on the islands of Oʻahu, Maui, and Hawaiʻi Island. The FY2026 funding level is representative of the typical annual Title X funding supporting family planning services in Hawaiʻi.

6. Title X-funded providers in Hawaiʻi include federally qualified health centers, the University of Hawaiʻi, and Planned Parenthood. Many of these providers are longstanding members of the State's family planning and public health network. During 2025-2026, Title X-funded providers in Hawaiʻi served approximately 12,830 individuals.

7. The individuals served by Title X-funded providers in Hawaiʻi include individuals with low incomes, adolescents, uninsured and underinsured individuals, rural communities, and communities experiencing barriers to accessing sexual and reproductive health care. Approximately 54% of individuals served were at or below 100% of the Federal Poverty Level. In many Hawaiʻi communities, Title X-funded providers are an essential source of affordable family planning and preventative health services for individuals who otherwise have limited access to care.

8. The Title X-funded network addresses significant public health needs within Hawaiʻi. One of those needs includes access to safe and effective reproductive health care, especially as it relates to sexually transmitted infections. The Harm Reduction Services Branch of the DOH

reports that rates of both syphilis and chlamydia have increased over the past ten years. Unintended pregnancies also directly affect the health and well-being of Hawaiʻi residents, as they are associated with negative maternal health outcomes, including inadequate prenatal care and intimate partner violence. Populations affected tend to be some of the most vulnerable in the state, where other co-morbidities create barriers to accessing care. Title X-funded providers play an essential role in addressing these needs by providing, among other things, accessible reproductive health services that are safe and effective. This includes comprehensive services for sexually transmitted infection testing, such as anonymous testing, intimate partner testing, and follow-up testing. Title X-funded providers also provide a wide range of family planning services that directly address unintended pregnancies, including contraceptive options, birth spacing education, and pregnancy testing/counseling.

9. Hawaiʻi relies on the existing capacity of Title X-funded providers to help meet these public health needs. These providers have established services sites, trained personnel, referral networks, and community relationships through which they provide family planning and related preventative health services.

<u>Hawaiʻi and the 2027 NOFO</u>

10. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. I understand that the 2027 NOFO establishes new conditions and priorities that will govern Title X funding for the 2027 grant cycle and will affect Title X-funded providers operating in Hawaiʻi.

11. In particular, the 2027 NOFO requires applicants to align with new priorities advanced by the Office of Population Affairs, the Office of the Assistant Secretary of Health, and the U.S. Department of Health and Human Services. These priorities concern, among other things, diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and

"overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (the "Agency Priorities"). The 2027 NOFO incorporates these Agency Priorities into the application and review process and further requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

12. Hawai'i is concerned that Title X-funded providers may need to make significant changes to established programs or services to respond to the new Agency Priorities to remain competitive for Title X funding. Such changes will likely disrupt established services, impose substantial administrative and programmatic burdens on existing grantees, and reduce the capacity of the Title X-funded network on which Hawai'i and its residents rely. Alternatively, providers that do not make such changes may face the loss of Title X funding.

13. The DOH has longstanding relationships with Title X-funded providers within the State of Hawai'i through reproductive health and family planning contracts that supplement and/or expand on existing Title X-funded health services. These contracts help ensure access to safe and effective reproductive health and family planning services by addressing common barriers to care including transportation support, maternal supplies, and pre/perinatal care. These relationships have allowed State residents to rely on an established network of providers, alleviating some of the burden the State would otherwise face having to create or fund duplicative capacity to provide these services.

<u>Consequences of Losing Title X Funding</u>

14. If Title X-funded providers in Hawai'i do not receive funding for the grant cycle beginning in 2027, approximately $1.9 million in federal Title X funding would no longer support family planning services in the State. The loss of that funding would affect approximately nine providers and thousands of individuals who receive services through those providers in Hawai'i each year.

15. Hawai'i does not have sufficient alternative provider capacity to immediately replace the services supported by Title X funding. Without sufficient replacement funding, affected providers are likely to reduce services, reduce staffing, or close service sites. Residents who currently obtain services through these providers would be likely to face longer wait times, fewer available appointments, reduced services, and/or the need to travel farther for care.

16. The State would also face fiscal consequences from the loss of Title X-funded services. Many patients who can no longer obtain affordable family planning, sexually transmitted infection screening and treatment, and related preventative care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care from other sources. This would increase demand for services supported by State and local resources and could increase public expenditures for care that Title X-funded providers currently provide or help prevent through early screening, treatment, and preventative services. Some patients may be unable to obtain this critical heath care at all. This will lead to poor health outcomes and more costly health care needs for state residents in the immediate and long-term. Hawai'i is likely to bear these costs through its state Medicaid programs.

17. The State cannot immediately replace the infrastructure supported by Title X funding. A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity and longstanding community partnership, decreased referral system and infrastructure resilience for care across islands as well as loss of relevant support services for data tracking and reporting. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim.

18. For these reasons, the loss or substantial reduction of Title X funding would impose costs on Hawai'i beyond the loss of the federal grant itself. It would disrupt an established network

of providers and services, increase demands on other publicly funded health systems, and reduce access to care for residents throughout Hawaiʻi who rely on Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of October 2026, in Honolulu, HI.

Wendy K. Nihoa
Chief at the Maternal and Child Health Branch
Hawaiʻi Department of Health
741-A Sunset Avenue
Honolulu, HI 96816