# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF MARYANN HARAKALL**

I, Maryann Harakall, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Associate Director of the Division of Disease Prevention at the Maine Center for Disease Control and Prevention, Department of Health and Human Services, within the State of Maine, a position I have held since 2025. My work includes directly coordinating the operation of five disease prevention programs, which include Maternal and Child Health, Women Infant Children Nutrition (WIC), Tobacco and Substance Use Control and Prevention, Chronic Disease Prevention and Oral Health. Prior to this role, I served as the Maternal and Child Health Program Director from 2016 to 2025, which included overseeing the procurement of Family Planning Services for the State of Maine. In this capacity, I am familiar with the State's public health programs and the provision of family planning and related preventative health services in the State, including services provided by entities that receive federal Title X funding.

3. I have personal knowledge of all the facts stated herein, including based on my

professional experience and information and records available to me in my professional capacity. If called as a witness, I could and would testify competently to the matters set forth below.

Title X-Funded Family Planning Programming in Maine

4. Although Maine is not a direct recipient of Title X funding, federal Title X funding supports family planning and related preventative health services throughout the State through its grantee, Family Planning Association of Maine, Inc. ("Maine Family Planning"). Maine Family Planning has provided Title X-funded services in Maine for decades and is an established part of the State's broader public health infrastructure.

5. In Fiscal Year 2026, Maine Family Planning received approximately $1.8 million in federal Title X funding. That funding supports family planning services through Maine Family Planning's network of more than 60 service sites throughout the State and include health centers directly operated by Maine Family Planning and health centers operated by its subgrantee partners. Many of these providers are longstanding members of the State's family planning and public health network. The FY2026 funding level is representative of the typical annual Title X funding supporting family planning services in Maine. The State also provides approximately $5,078,000 in State general funds and $900,000 of Social Services Block Grant federal funding to support family planning services provided by grantees.

6. The individuals served by Title X-funded providers in Maine include low-income, uninsured, underinsured, and rural populations. In 2023, approximately 70% of individuals qualified to receive services at no cost or discounted care, and approximately 30% reported household incomes below the Federal Poverty Level (FPL). In many Maine communities, Title X-funded providers are an essential source of affordable family planning and preventative health services for individuals who otherwise have limited access to care.

7. The Title X-funded network addresses significant public health needs within

Maine. For example, Maine CDC has identified an increase in new Human Immunodeficiency Virus (HIV) diagnoses in Penobscot County, primarily among people who inject drugs (PWID) and people who are unhoused. During the five years prior to 2023, there was an average of two new HIV diagnoses per year overall in Penobscot County, and one new diagnosis per year among PWID. Between October 1, 2023 and September 18, 2026, 48 HIV cases were confirmed in Penobscot County. This number is eight times higher than what is normally reported. Forty-four of these cases were PWID and 43 cases were coinfected with Hepatitis-C. Title X-funded providers play an essential role in addressing these complex clinical needs by providing, among other things, increased access to HIV and Hepatitis C virus (HCV) testing among those at risk; HIV and sexually transmitted infection (STI) prevention services, such as post-exposure prophylaxis (PEP), pre-exposure prophylaxis (PrEP), and safer sex supplies; and other harm reduction services and linkages for people diagnosed with HIV or HCV to medical care and treatment.

8. Maine relies on the existing capacity of Title X-funded providers to help meet these public health needs. These providers have established services sites, trained personnel, referral networks, and community relationships through which they provide family planning and related preventative health services.

<u>Maine and the 2027 NOFO</u>

9. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. I understand that the 2027 NOFO establishes new conditions and priorities that will govern Title X funding for the 2027 grant cycle and will affect the Title X-funded providers operating in Maine.

10. In particular, the 2027 NOFO requires applicants to align with new priorities advanced by the Office of Population Affairs, the Office of the Assistant Secretary of Health, and the U.S. Department of Health and Human Services. These priorities concern, among other things,

diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (the "Agency Priorities"). The 2027 NOFO incorporates these Agency Priorities into the application and review process and further requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

11. Maine is concerned that Title X-funded providers may need to make significant changes to established programs or services to respond to the new Agency Priorities to remain competitive for Title X funding. Such changes will likely disrupt established services, impose substantial administrative and programmatic burdens on existing grantees, and reduce the capacity of the Title X-funded network on which Maine and its residents rely. Alternatively, providers that do not make such changes may face loss of Title X funding.

12. Maine has longstanding relationships with the Title X-funded providers within the State of Maine through contracted pregnancy prevention and clinical family planning services. These relationships have allowed State residents to rely on an established network of providers, alleviating some of the burden the State would otherwise face having to create or fund duplicative capacity to provide these services.

Consequences of Losing Title X Funding

13. If Title X-funded providers in Maine do not receive funding for the grant cycle beginning in 2027, approximately $1,800,000 in federal Title X funding would no longer support family planning services in the State. If not replaced with funding from other sources, the loss of this funding would affect MFP's network of more than 60 sites and approximately 30,000 Maine residents who receive services through its providers each year. For many of these individuals, especially those living in rural areas, their only providers or local healthcare available to them are

these family planning services sites.

14. Maine's capacity for an alternative provider to immediately replace the services supported by Title X funding is not sufficient. Without enough replacement funding, affected providers will likely reduce services, reduce staffing, and/or close service sites. Residents who currently obtain services through these providers would likely face longer wait times, fewer available appointments, reduced services, and/or further travel to receive care.

15. The State would also face fiscal consequences from the loss of Title X-funded services. Many patients who can no longer obtain affordable family planning, sexually transmitted infection screening and treatment, and related preventative care through Title X-funded providers might miss these cost-effective early-stage interventions or instead seek more expensive replacement care from other sources such as hospital emergency departments. This loss in Title X services would increase demand for services supported by State and local resources and could increase public expenditures for care that Title X-funded providers currently provide through early screening, treatment, and preventative services. Some patients might be unable to obtain this critical heath care at all, which would lead to poor health outcomes and more costly health care needs for Maine residents in the immediate and long-term future. Maine would likely bear these costs through its MaineCare Program.

16. The State cannot immediately replace the infrastructure supported by Title X funding. A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity, longstanding community partnerships and safe and reliable places for Mainers to receive care otherwise not available. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim.

17. To prevent harm caused by a loss of Title X funding, Maine would have to attempt

to fill the shortfall with State funds. In 2026, the Maine legislature enacted 22 M.R.S.A. § 1912 to address the potential for future disruptions in Title X funding. Under the law, the Maine Department of Health and Human Services must provide funding to offset any reduction in Title X funds received by a Title X grantee, as compared to the Title X funding it received in fiscal year 2024-2025, if the reduction is due to an action by the Federal government or a decision by the grantee to withdraw from receiving Title X funds due to conditions attached to them. 22 M.R.S.A. § 1912 (2026).

18. This funding would need to be provided in addition to the approximately $5,078,000 in State general funds and $900,000 of federal Social Services Block Grant funding that Maine already provides to support family planning services in the State. To offset the loss of Title X funds, the State would need to identify additional funding sources through an emergency funding bill, supplementary budget request, or diversions of funds from existing programs, to require substitute funding, which would necessarily force reductions or cuts to other existing programs and services that could weaken or remove other essential public health services that Mainers rely on, threatening public health. Maintaining Title X funding is, therefore, essential to ensuring continued access to important services and maintaining public health, while also avoiding any diversion of funding from essential programs and services within the State.

19. For these reasons, the loss or substantial reduction of Title X funding would impose costs on Maine beyond the loss of the federal grant itself.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of October 2026, in Augusta, Maine.

Maryann Harakall

Maryann Harakall
Associate Division Director
Maine CDC
286 Water Street
Augusta, Maine 04333-0011