# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF Noya Woodrich**

I, Noya Woodrich, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Child and Family Health Division Director at Minnesota Department of Health (MDH) within the State of Minnesota, a position I have held since 2022. In my role at MDH, I am responsible for directing and managing the Child and Family Health Division's programs and services. I also contribute to the development and improvement of policies and initiatives related to child and family health. In this capacity, I am familiar with the State's public health programs and the provision of family planning and related preventative health services in the State, including services provided by entities that receive federal Title X funding.

3. I am familiar with the information in the statements set forth below either through personal knowledge, based on my professional experience and information and records available to me, or in consultation with MDH staff. If called as a witness, I could and would testify competently to the matters set forth below.

Title X-Funded Family Planning Programming in Minnesota

4. Although Minnesota is not a direct recipient of Title X funding, federal Title X funding supports family planning and related preventative health services throughout the State through two grantees. These grantees have provided Title X-funded services in Minnesota and are an established part of the State's broader public health infrastructure.

5. In Federal Fiscal Year 2026, Title X grantees operating in Minnesota received approximately $3,313,063 in federal Title X funding. That funding supports family planning services through ten service sites throughout the State. The FY2026 funding level is representative of the typical annual Title X funding supporting family planning services in Minnesota. Title X-funded providers in Minnesota include "County of Ramsey" and "Planned Parenthood Minnesota, North Dakota, South Dakota" (Planned Parenthood). These providers are important members of the State's family planning and public health network. For example, according to grantee information available on the Office of Population Affairs' website,[1] Planned Parenthood, operates nine Title X service sites in Minnesota and currently receives $2,664,525.

6. Minnesota also provides approximately $13.6 million in grants annually (including in the current State Fiscal Year) through the Sexual and Reproductive Health Services program to support family planning services provided by grantees throughout the state of Minnesota. Current grantees of the Sexual and Reproductive Health Services program include Planned Parenthood and the St. Paul - Ramsey County Community Health Board along with 32 other organizations. The annual funding for Sexual and Reproductive Health Services program grants comes from approximately $11 million in State funding and $2.55 million in TANF funding.

7. The individuals served by Title X-funded providers in Minnesota include individuals

[1] https://opa.hhs.gov/sites/default/files/2026-08/title-x-directory-june-2026.pdf and https://opa.hhs.gov/grant-programs/title-x-service-grants/current-title-x-service-grantees/planned-parenthood-minnesota.

with low incomes, individuals without insurance or who are underinsured, adolescents seeking confidential services, and communities with limited access to specialized reproductive health providers. In many Minnesota communities, Title X-funded providers are an essential source of affordable family planning and preventative health services for individuals who otherwise have limited access to care.

8. The Title X-funded network addresses significant public health needs within Minnesota. Title X-funded providers play an essential role in preventing and treating public health conditions. Some of the services provided include: contraception counseling and access, pregnancy testing and options counseling, sexually transmitted infection (STI) screening and treatment, HIV testing and prevention services, cervical cancer screening and follow-up, breast cancer screening referrals, preconception health counseling, infertility assessment and referral, confidential adolescent-friendly services, and referrals to primary care, prenatal care, behavioral health, and other community services.

9. Minnesota relies on the existing capacity of Title X-funded providers to help meet essential public health needs. These providers have established service sites, trained personnel, referral networks, and community relationships through which they provide family planning and related preventative health services.

Minnesota and the 2027 NOFO

10. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on or around July 9, 2026. I understand that the 2027 NOFO establishes new conditions and priorities that will govern Title X funding for the 2027 grant cycle and will affect Title X-funded providers operating in Minnesota.

11. In particular, I understand that the 2027 NOFO requires applicants to align with new priorities advanced by the Office of Population Affairs, the Office of the Assistant Secretary of

Health, and the U.S. Department of Health and Human Services. These new priorities include, among other things, directive to eliminate diversity, equity, and inclusion and health equity practices; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (the "Agency Priorities"). The 2027 NOFO expands reliance on fertility-awareness-based methods, incorporation of "body literacy" as a core program requirement, increased emphasis on parental rights and reproductive life planning. The 2027 NOFO incorporates these Agency Priorities into the application and review process and further requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months). As a result, applicants must evaluate whether these federal priorities are compatible with established clinical standards, organizational policies, state law, and the needs of the populations they serve, and may conclude they cannot feasibly implement or sustain the changes required.

12. Minnesota is concerned that Title X-funded providers may need to make significant changes to established programs or services to respond to the new Agency Priorities to remain competitive for Title X funding. Such changes will likely disrupt established services, impose substantial administrative and programmatic burdens on existing grantees, and reduce the capacity of the Title X-funded network on which Minnesota and its residents rely. Alternatively, providers that do not make such changes may face the loss of Title X funding.

13. Minnesota Department of Health has longstanding relationships with Title X-funded providers within the State of Minnesota through formal and informal partnerships to address sexual and reproductive health needs in the State with an emphasis on disease prevention and treatment and access to family planning health services. These relationships have allowed State residents to rely on an established network of providers, alleviating some of the burden the State would otherwise face having to create or fund duplicative capacity to provide these services.

Consequences of Losing Title X Funding

14. If Title X-funded providers in Minnesota do not receive funding for the grant cycle beginning in 2027, approximately $3,313,063 in federal Title X funding would no longer support family planning services in the State, according to Title X grantee information available on the Office of Population Affairs' website.[2]

15. Minnesota does not have sufficient alternative provider capacity to immediately replace the services supported by Title X funding. Without sufficient replacement funding, affected providers are likely to reduce services, reduce staffing, or close service sites. Residents who currently obtain services through these providers would be likely to face longer wait times, fewer available appointments, reduced services, increased travel distances, and loss of confidential and affordable care. Reductions would affect access to contraception, STI testing and treatment, cancer screening, HIV testing and prevention, preconception counseling, infertility referrals, and confidential adolescent services.

16. The State would also face fiscal consequences from the loss of Title X-funded services. Many patients who can no longer obtain affordable family planning, STI screening and treatment, and related preventative care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care from remaining publicly funded providers to meet demand. This would increase demand for services supported by State and local resources and could increase public expenditures for care that Title X-funded grantees currently provide or help prevent through early screening, treatment, and preventative services. Some patients may be unable to obtain this critical heath care at all. This will lead to poor health outcomes and more costly health care needs for state residents in the immediate and long-term. Minnesota is likely

[2] https://opa.hhs.gov/grant-programs/title-x-service-grants/current-title-x-service-grantees/ramsey-county and https://opa.hhs.gov/grant-programs/title-x-service-grants/current-title-x-service-grantees/planned-parenthood-minnesota.

to bear these costs through their state Medicaid programs for residents who qualify. For those that do not qualify for Medicaid and are still underinsured who would be eligible for services through Title X, may not be able to receive care. The loss of Title X funding could produce broad population health consequences including increased unintended pregnancies, delayed STI detection, reduced access to preventive reproductive health services, heightened maternal and infant health risks, and widening gaps in access for populations that already experience barriers to care.

17. The State cannot immediately replace the infrastructure supported by Title X funding. A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity and longstanding community partnerships. Title X providers currently support critical operational infrastructure such as care navigation, interpreter services, community outreach, data collection, reporting, telehealth, and scheduling systems. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim.

18. Minnesota also provides approximately $11 million in State funding annually (including in the current state fiscal year) to provide family planning and related reproductive health services. To prevent the harms caused by the loss of Title X funding, Minnesota would have to attempt to fill the shortfall with state-only funds. Current SRHS appropriated funds are committed through existing grants and cannot fully replace the lost federal Title X investment without new legislative appropriations. If the legislature attempted to fill the gap, Minnesota Department of Health would face significant administrative burdens, including running overlapping grant competitions, increasing grantee oversight, and absorbing increased patient demand.

19. For these reasons, the loss or substantial reduction of Title X funding would impose costs on Minnesota beyond the loss of the federal grant itself. It would disrupt an established network of providers and services, increase demands on other publicly funded health systems, and reduce

access to care for residents throughout Minnesota who rely on Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of September 2026, in Brooklyn Park, Minnesota.

/s/ Noya Woodrich
Noya Woodrich
Child and Family Health Division Director
Minnesota Department of Health
PO Box 64975
St Paul, MN 55164-0975