# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF IRIS JONES**

I, Iris Jones, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Assistant Commissioner for the Division of Family Health Services at the New Jersey Department of Health ("NJDOH"), a position I have held since October 4th, of 2025. My work includes overseeing statewide efforts to enhance the health, safety, and well-being of families and communities. In this capacity, I am familiar with the State's public health programs and the provision of family planning and related preventative health services in the States, including services provided by entities that receive federal Title X funding.

3. I have knowledge of all the facts stated herein, either personally or in consultation with staff at NJDOH, The New Jersey Family Planning League and/or based on documents that I have reviewed, except to those matters stated upon information and belief. As to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

Title X-Funded Family Planning Programming in New Jersey

4. Although New Jersey is not a direct recipient of Title X funding, federal Title X funding supports family planning and related preventative health services throughout the state through NJDOH's grantee the New Jersey Family Planning League ("NJFPL"), a nonprofit organization that has been a Title X grantee since 1974. Through Title X subgrants, along with other federal funding, in calendar year 2025 (CY25) (01/01/25-12/31/25), the NJFPL supported our provider network in service and care delivery for a total of 139,316 unique patients accounting for 207,763 visits across the state with plans to continue service expansion in high-need, low resource New Jersey counties with limited or no access to care, specifically rural, southern New Jersey communities. NJFPL and its system of family planning providers have provided Title X-funded services in New Jersey for more than 50 years and are an established part of the State's broader public health infrastructure.

5. In Fiscal Year 2026, NJFPL received approximately $8,075,812 in federal Title X funding. That funding supports family planning services through approximately 19 providers and 67 service sites throughout the state. The FY2026 funding level is representative of the typical annual Title X funding supporting family planning services in New Jersey. New Jersey has also provided approximately $40,251,200 in state funding to support family planning services provided by NJFPL's network of providers.

6. Title X-funded providers in New Jersey include hospitals, health systems, freestanding family planning clinics, federally qualified health centers, Planned Parenthood clinics, and university-based clinics. Many of these providers are longstanding members of the state's family planning and public health network. Planned Parenthood of Metropolitan NJ operates 5 sites in New Jersey, has received Title X funding since the inception of NJFPL over 40 years ago, and in CY25 received $1,023,403 in Title X funding to complete 27,688 visits. Planned Parenthood of Northern,

Central, & Southern NJ operates 14 sites in New Jersey, has received Title X funding since the inception of NJFPL over 40 years ago, and in CY25 received $2,392,747 in Title X funding to complete 83,305 visits. North Hudson Community Action Corporation Health Center operates 8 sites in New Jersey, has received Title X funding since the inception of NJFPL over 40 years ago, and in CY25 received $457,713 in Title X funding to complete 29,319 visits. Zufall Health Center operates 7 sites in New Jersey, has received Title X funding since the inception of NJFPL over 40 years ago, and in CY25 received $414,901 in Title X funding to complete 23,110 visits. Last year, Title X-funded providers in New Jersey served approximately 139,316 individuals through approximately 207,763 visits.

7. The individuals served by Title X-funded providers in New Jersey include low-income, uninsured, underinsured, rural and other underserved and vulnerable populations. Of the 139,316 individuals served through the family planning network in 2025, 95,197 of them had household incomes that were at or below the federal poverty level (FPL) and 32,122 were above 100% of the FPL but below 200% of the FPL. In many New Jersey communities, Title X-funded providers are an essential source of affordable family planning and preventative health services for individuals who otherwise have limited access to care.

8. The Title X-funded network addresses significant public health needs within New Jersey. Between 2020 and 2024, there was a 104% increase in congenital syphilis cases in New Jersey, disproportionately affecting Essex, Monmouth, and Camden counties. Congenital syphilis occurs when syphilis is left untreated during pregnancy and can result in serious complications for newborns, including permanent disability, miscarriage, stillbirth, and death. Despite being a highly treatable sexually transmitted infection (STI), syphilis can have devastating consequences when diagnosis and treatment are delayed or absent. In New Jersey, 56% of congenital syphilis cases occurred in instances where pregnant patients received inadequate prenatal care, while 64% of cases

involved patients who received no treatment or were not treated until delivery. These figures underscore the importance of timely prenatal care, routine syphilis screening, and prompt treatment during pregnancy to prevent congenital syphilis and its potentially severe outcomes. Title X-funded providers play an essential role in addressing these needs by providing testing and treatment for sexually transmitted infections, including syphilis, among other things, and serves as a primary access point for prevention for vulnerable communities throughout New Jersey.

9. New Jersey relies on the existing capacity of Title X-funded providers to help meet these public health needs. These providers have established services sites, trained personnel, referral networks, and community relationships through which they provide family planning and related preventative health services.

New Jersey and the 2027 NOFO

10. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. I understand that the 2027 NOFO establishes new conditions and priorities that will govern Title X funding for the 2027 grant cycle and will affect Title X-funded providers operating in New Jersey.

11. In particular, the 2027 NOFO requires applicants to align with new priorities advanced by the Office of Population Affairs, the Office of the Assistant Secretary of Health, and the U.S. Department of Health and Human Services. These priorities concern, among other things, diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (the "Agency Priorities"). The 2027 NOFO incorporates these Agency Priorities into the application and review process and further requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

12. New Jersey is concerned that Title X-funded providers may need to make significant changes to established programs or services to respond to the new Agency Priorities to remain competitive for Title X funding. Such changes will likely disrupt established services, impose substantial administrative and programmatic burdens on existing grantees, and reduce the capacity of the Title X-funded network on which New Jersey and its residents rely. Alternatively, providers that do not make such changes may face the loss of Title X funding.

13. NJDOH has longstanding relationships with Title X-funded providers within New Jersey through the Enhancing Women's Outcomes through Care Integration, Low-Barrier Access and Healthcare Workforce Development (EWHO) Request for Applications (RFA), funded through New Jersey's Reproductive Health Access Fund. The awards were made to support the purposes identified in the RFA, including expanding access to reproductive health services, reducing barriers to care, strengthening the reproductive health workforce and improving healthcare facilities, equipment and infrastructure. More than 21 reproductive health organizations were awarded to ensure access to family planning services throughout New Jersey. The awarded organizations are using the funds for activities consistent with the intended purposes of the RFA, including patient assistance, reproductive health medications, community outreach and facility and equipment improvements. These relationships have allowed New Jersey residents to rely on an established network of providers, alleviating some of the burden the state would otherwise face having to create or fund duplicative capacity to provide these services.

<u>Consequences of Losing Title X Funding</u>

14. If Title X-funded providers in New Jersey do not receive funding for the grant cycle beginning in 2027, approximately $8,000,000 in federal Title X funding would no longer support family planning services in the state. The loss of Title X funding would impact approximately 17 unique agencies with 61 sites in the communities across the state. This cut to approximately 20%

of the NJFPL operating revenue would lead to a potential loss or reduction in infrastructure for this network. Service disruptions such as cuts or the complete elimination of individual agency service sites would need to be considered.

15. New Jersey does not have sufficient alternative provider capacity to immediately replace the services supported by Title X funding. Without sufficient replacement funding, affected providers are likely to reduce services, reduce staffing, or close service sites. Residents who currently obtain services through these providers would be likely to face longer wait times, fewer available appointments, reduced services, and/or the need to travel farther for care.

16. New Jersey would also face fiscal consequences from the loss of Title X-funded services. Many patients who can no longer obtain affordable family planning, sexually transmitted infection screening and treatment, and related preventative care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care from other sources such as Federally Qualified Health Centers (FQHCs) that rely directly on state funding through the Uncompensated Care Fund (UCF). The State of New Jersey directly funds The New Jersey Hospital Care Payment Assistance Program Charity Care, which is available to patients to cover medically necessary inpatient and outpatient services at acute care hospitals throughout the state. Reduction in access to Title X Family Planning increases reliance on Charity Care for urgent or emergency reproductive health services. Increased utilization of the New Jersey Supplemental Prenatal and Contraceptive Program (NJSPCP), which is a limited-benefit state program run by NJ FamilyCare that provides outpatient prenatal and family planning care to women who do not qualify for standard NJ FamilyCare, would also result in increased costs to the State of New Jersey. New Jersey may also see increased costs for the Medical Emergency Payment Program (MEPP), which supports adults at or below 138% of the federal poverty level. This would increase demand for services supported by state and local resources and could increase public expenditures for care that

Title X-funded providers currently provide or help prevent through early screening, treatment, and preventative services. Some patients may be unable to obtain this critical heath care at all. This will lead to poor health outcomes and more costly health care needs for state residents in the immediate and long-term. New Jersey is likely to bear these costs through their state Medicaid programs.

17. The State cannot immediately replace the infrastructure supported by Title X funding. A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity, longstanding community partnerships, referral networks and other critical clinical infrastructure. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim.

18. In FY26, New Jersey also provided approximately $40,251,200 in State funding to NJFPL to support the network of family planning providers across the state and related reproductive health services. This investment supports contraception access, STI testing and treatment, cancer screenings, HIV prevention, testing and counseling, pregnancy testing and planning, HPV prevention, gynecologic and pelvic exams, high blood pressure, cholesterol and diabetes screening, menopause treatment and more. To prevent the inevitable harms caused by a loss of Title X funding, New Jersey would have to attempt to fill the shortfall with state-only funds, or risk closure of family planning and reproductive health clinics. Additionally, family planning clinics often serve as primary reproductive health training sites for family medicine residencies, nurse-midwifery schools and other clinical providers.

19. For these reasons, the loss or substantial reduction of Title X funding would impose costs on New Jersey beyond the loss of the federal grant itself. It would disrupt an established network of providers and services, increase demands on other publicly funded health systems, and reduce access to care for residents throughout New Jersey who rely on Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of September 2026, in Trenton, New Jersey.

Iris Jones
Assistant Commissioner
Division of Family Services
New Jersey Department of Health