# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF LINDA HUMPHREY**

I, Linda Humphrey, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Medical Director at the New Mexico Department of Health ("NMDOH" or "Department") Family Planning Program within the State of New Mexico, a position I have held since March 2025. My work includes overseeing all clinical and medical issues pertaining to Title X and the NMDOH Family Planning Program, assuring quality of care and access to family planning clinical services, and ensuring that program goals and objectives are met. In this capacity, I am familiar with the State's administration, funding, and delivery of family planning and related preventative health services, including services supported through the federal Title X program.

3. I have personal knowledge of all the facts stated herein, based on my professional experience and information and records available to me in my professional capacity. If called as a witness, I could and would testify competently to the matters set forth below.

New Mexico's Title X-Funded Family Planning Programming

4. The State of New Mexico, through the NMDOH Family Planning Program is a direct recipient of Title X funding. New Mexico uses Title X funding to cover the costs of its NMDOH Family Planning Program, which serves as the safety net program providing voluntary clinical and educational services addressing the family planning and reproductive health needs of all New Mexicans, with particular attention given to New Mexico's most vulnerable populations. Services offered include the full range of FDA-approved contraceptive methods, fertility awareness-based methods, and basic conception services, as well as associated preventive health services such as screening and treatment of sexually transmitted infections, breast and cervical cancer screenings, and treatment of other reproductive health complaints. The State has participated in the Title X program continuously over the past four decades and is the only Title X grantee in New Mexico.

5. For Fiscal Year 2026, the NMDOH Family Planning Program had a total annual budget of approximately $5,587,414.00, consisting of $2,993,324.00 in federal Title X funding, $1,644,489.00 in State funding, and $949,601.00 from Title V and PREP (Personal Responsibility Education Program). These funding sources collectively support the State's family planning program and provider network. In New Mexico, Title X funding is spent on personnel costs, fringe benefits, and operational costs in the amount of $2,490,286.00. Personnel and fringe benefits make up $2,102,528.00 of the budget. Operational costs including rent, travel, administrative costs, and medical supplies total $890,845.00, with medical supplies accounting for $199,759.00 of operational costs. The FY2026 budget is representative of the State's typical annual funding for family planning and related preventative health services in recent years.

6. New Mexico administers Title X through 54 subrecipients and provider agreement contracts, including 38 public health office clinics spread throughout the state, as well as 9 school-based health centers located inside high schools, 5 community health clinics that are federally

qualified health centers (FQHCs), and two state university-based maternal and family planning clinics. All clinics are nonprofit organizations and serve low-income clients without regard for their ability to pay. Many of these providers are longstanding members of the State's Title X network.

7. As of December 2025, New Mexico's Title X network includes 54 health centers. During 2025, these providers served approximately 13,500 individuals through approximately 24,350 visits.

8. In 2025, approximately 60% of individuals who received services were uninsured and 40% had public insurance. Approximately 66% of Title X clients for whom income information was available had household incomes at or below 100% of the federal poverty level and 93% had household incomes at or below 250% of the federal poverty level. In many New Mexico communities, Title X providers are the essential source of affordable family planning and preventative health services for individuals who otherwise would have limited or no access to such care.

9. The Title X program addresses significant public health needs within New Mexico and the state has a substantial and documented public health need for continued Title X family planning funding. The population served by New Mexico's Title X program is disproportionately low-income, as discussed in ¶ 8. New Mexico's teen birth rate is 17.9 births per 1,000 females ages 15-19, compared with 13.1 nationally, placing New Mexico among states with the ten highest teen birth rates in the country, based on 2023 data. New Mexico also has an elevated burden of certain sexually transmitted infections, with a chlamydia rate of 523.6 cases per 100,000 population compared with 492.2 nationally in 2023, ranking New Mexico 15th highest among the states (Centers for Disease Control and Prevention). As of 2022, the most recent year for which data are available, New Mexico had an unintended pregnancy rate of 41.1% (includes mistimed, unwanted, and unsure pregnancies), the 8th highest rate out of the 33 states and territories that had reported rates.

Unintended pregnancies are associated with preterm births and low birth weight among infants and prenatal and postpartum depression among those who give birth. New Mexico had a preterm birthrate of 10.0%, which was slightly lower than the national average of 10.5% according to 2024 National Center for Health Statistics data. The percentage of babies in New Mexico born with low birthweight was 9.2%, higher than the national average of 8.5% (NCHS, 2024). These outcomes may be exacerbated in New Mexico, which faces challenges in providing access to maternal care in rural and frontier settings. New Mexico respondents to the Pregnancy Risk Assessment and Monitoring Survey reported having a postpartum checkup at a rate of 87.2%, lower than the aggregated rate of 90.6% and fourth lowest of the 32 states and territories for which data is available, and 14 out of 33 counties in New Mexico have no birthing facility. However, 31 out of 33 counties in New Mexico *do* have at least one Title X service site. Title X-funded providers play an essential role in addressing significant public health needs in the state by providing, among other things, access to low- and no-cost conception and contraception services, pregnancy testing, all-options counseling, screening and treatment for STIs, and related preventive health services such as screening for reproductive system cancers.

10. Whenever it has accepted and drawn down Title X funds, the NMDOH Family Planning Program has faithfully complied with applicable law and regulations. During its participation in the Title X program, the NMDOH Family Planning Program has followed applicable Office of Population Affairs (OPA) guidance, including implementing recommendations from the 2014 and 2024 editions of OPA's own *Providing Quality Family Planning Services* ("QFP") publication, to the extent required by OPA in its 2014 Title X Family Planning Guidelines, its 2024 Title X Program Manual, and applicable Funding Opportunity Announcements. The NMDOH Family Planning Program has invested time and effort to ensure it provides quality family planning services consistent with nationally recognized standards of care in compliance with applicable

program requirements and recommendations. As applicable during its participation, it has worked hard to adapt its programming to implement past OPA feedback, used OPA-provided program review tools to assess its own compliance and that of subrecipients, completed Reproductive Health National Training Center trainings, and made sure to inform grantee subrecipients of all Title X program updates and requirements through trainings, site audits, and statewide webinars.

New Mexico's Title X Application and the 2027 NOFO

11. The NMDOH Family Planning Program is responsible for preparing and submitting New Mexico's Title X application. Preparing the application requires substantial work by State personnel and coordination with the State's Title X subrecipients and other program partners.

12. Preparing our Title X application takes the Department of Health significant time and resources. The process includes developing a Project Narrative, Work Plan, and Budget Narrative; coordinating with subrecipients; collecting program data; developing budgets and performance measures; and completing internal review and approval processes. The application requires the State to make decisions about its program, likely provider network, staffing, services, and budget before an application can be submitted, and well before any grant period begins.

13. New Mexico has applied for Title X family planning services project grants since the 1980s. According to our records, New Mexico has never been denied a Title X grant award. Historically, New Mexico has based its Title X application substantially on its established statewide Family Planning Program, including its existing network of public health offices, clinical service sites, and other participating providers. The State's Title X program has therefore been built upon an established service-delivery infrastructure and provider network developed over decades.

14. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. The NMDOH Family Planning Program has reviewed the 2027 NOFO and determined that its new conditions and priorities significantly change what is

expected of Title X applicants and present significant challenges for the State's existing Title X program.

15. In particular, the NMDOH Family Planning Program understands that the 2027 NOFO requires alignment with new priorities advanced by OPA, the Office of the Assistant Secretary for Health, and the U.S. Department of Health and Human Services. These priorities concern, among other things, diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goals counseling, including counseling concerning marriage and parenthood (together, the "Agency Priorities"). The 2027 NOFO incorporates these priorities into the application and review process and requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

16. Applying for funding under the 2027 NOFO has required and will continue to require the State to devote extra staff time and resources to determining if and how its existing program must be modified and to address the new Agency Priorities while continuing to comply with existing Title X requirements. New Mexico is faced with a difficult choice: on the one hand, it can apply under the 2027 NOFO with its existing Title X program, which it knows to be efficacious, and risk losing funding in the event the Office of Population Affairs decides that the program does not sufficiently align with the new Agency Priorities; or, on the other hand, it can propose changes to its established program in an attempt to further align with the new Agency Priorities, despite the vagueness of new conditions, and even though doing so may disrupt services, provider relationships, and many other aspects of the State's existing Title X programming.

17. In addition, it has not been made clear to the NMDOH Family Planning Program what is required to comply with the new Agency Priorities. This creates a challenge for assembling New Mexico's application. The difficulty in assembling an application is compounded by the fact

that some priorities appear to be in tension, if not conflict, with existing laws and regulations. A specific conflict arises from the FY2027 Agency Priorities concerning diversity, equity, and inclusion, the reduction of "overmedicalization," gender identity and adolescent services. The Agency Priorities direct applicants to end DEI policies and practices and to align Title X activities with principles concerning "biological sex," while existing Title X regulations require projects to provide services in an inclusive and nondiscriminatory manner, expressly including LGBTQ+ and transgender individuals, and to provide a broad range of medically approved family planning methods (including contraception) and adolescent-friendly services. New Mexico therefore faces a difficult compliance question: whether and to what extent it can implement these newly stated Agency Priorities without modifying services, protocols, or practices that are required under the existing Title X regulations and applicable State requirements. The FY2027 NOFO itself states that the Agency Priorities apply only where consistent with federal law, regulations, and the authority and scope of the award; however, it does not sufficiently identify how applicants are to reconcile potentially competing requirements. This ambiguity directly affects New Mexico's ability to prepare an application that both responds to the Agency Priorities and complies with all applicable legal and programmatic requirements.

18. New Mexico's existing Title X program is the product of many years of planning, investment, and coordination with its provider network, and the State would ordinarily expect to continue that programming, which has proven successful. To the extent the State must modify its existing program or application to address the new Agency Priorities, doing so would require additional, resource-intensive administrative review, coordination, planning, training and potentially programmatic changes. If programmatic changes are required, such changes are likely to disrupt established services and provider relationships, impose substantial administrative burdens, and reduce the State's ability to maintain effective Title X programming and thus to provide family

planning services and related treatment and preventative health care in New Mexico.

19. New Mexico state law reflects a commitment to providing comprehensive family planning services. The stated purpose of New Mexico's Family Planning Act, NMSA 1978, §§ 24-8-1 through 8, is "to assure that comprehensive family planning services are accessible on a voluntary basis to all who want and need them." NMSA 1978, § 24-8-2 (B). New Mexico's Reproductive and Gender-Affirming Health Care Freedom Act ("HB 7"), NMSA 1978, §§ 24-34-1 through 5, further reflects this commitment to providing comprehensive family planning and reproductive health services. HB 7 prohibits New Mexico "public bodies," including state entities and individuals acting on their behalf or within the scope of their authority, from restricting or interfering with a person's ability to access or provide reproductive health care. This statute also prohibits NMDOH and individuals acting on its behalf from imposing or continuing in effect any law, ordinance, policy, or regulation that violates or conflicts with its provisions. The 2027 NOFO language may conflict with the Department's ability to comply with these statutory provisions and provide comprehensive contraceptive and reproductive health services, as a significant number of clients choose, for example, to adopt hormonal and long-acting contraceptive options. Moving counseling and method availability away from offering the full range of contraceptive options would introduce potentially coercive actions and conflict with statute, regulation, and standard medical guidelines.

20. The NMDOH mission is as follows: "To ensure health equity, we work with our partners to promote health and well-being and improve health outcomes for all people in New Mexico." This appears to be in tension, if not direct conflict, with the 2027 NOFO priority of ending diversity, equity and inclusion (DEI) policies and practices, and the incorporated HHS Anti-DEI Priority which requires funding recipients to end "DEI programs." However, it is unclear from the 2027 NOFO or other applicable documents, policies, or regulations exactly what constitutes a DEI program, policy or practice for Title X purposes. The Anti-DEI Priority characterizes health equity

as an "ideologically laden concept" and defines it as a focus "on identifying and documenting worse health outcomes for minority populations," while stating that efforts that "go beyond" health equity will be prioritized for funding. However, it does not actually define DEI or clarify what types of policies, practices, and programs may be at risk of losing funding due to "misalignment" with this priority. The new Anti-DEI priority and its characterization of health equity also contradict existing Title X regulations which define health equity as ensuring that "all persons have the opportunity to attain their full health potential and no one is disadvantaged from achieving this potential because of social position or other socially determined circumstances," 42 C.F.R. § 59.2, and require grantees to provide services in an inclusive and equitable manner and encourage participation from diverse persons, including those from underserved communities. These conflicts and tensions, in turn, create confusion and contradiction in how the NMDOH Family Planning Program prioritizes and serves its patient population. Particularly given that many people seeking Title X services in the state are low-income, uninsured, or considered members of "minority populations," it is difficult to understand how the program can continue providing services and complying with existing Title X regulations in a way that both fulfills the NMDOH mission to ensure health equity *and* aligns with unclear 2027 NOFO Priorities that appear to conflict with that mission (and contradict existing Title X regulations).

<u>Consequences of Losing Title X Funding</u>

21. If New Mexico does not receive Title X funding for the grant cycle beginning in 2027, New Mexico may be unable to replace the approximately $2,993,324 in federal funding with State dollars or other funding sources. This may be further compounded by notification of this decision potentially coming after our annual legislative session, which would not allow the department to properly plan for or mitigate the impacts. The Department may evaluate options for using existing alternative funding streams such as Medicaid reimbursement; however, this would

only address services and clients eligible for Medicaid and would not replace the funding necessary to provide services to uninsured or ineligible individuals or to maintain all program infrastructure. The Department may also use State dollars for this program; however, this would divert existing resources from previously planned initiatives and could reduce critical services across other programs. In light of these challenges, the State could not guarantee that sufficient replacement funding would be available or that it could be obtained within the timeframe necessary to avoid an interruption or reduction in services.

22. Without sufficient replacement funding, New Mexico could not fund its current Title X network in full. In New Mexico, this would likely mean reduced services and/or loss of provider sites and health centers, loss of staff positions, and reduced access to care for individuals who currently receive Title X-funded services each year. Those who seek services in New Mexico are likely to face longer wait times, fewer available appointments, reduced services, and/or the need to travel farther for care.

23. The State would also face fiscal consequences from the loss of Title X-funded services. Many patients who can no longer obtain affordable family planning, sexually transmitted infection screening and treatment, and related preventative care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care (if available) from other sources such as Federally Qualified Health Centers, local Planned Parenthood centers, community health clinics or, if applicable, University/State educational center clinics. This would increase demand for services supported by State and local resources and could increase public expenditures for care that Title X-funded providers currently provide or help prevent through early screening, treatment, and preventative services. Some patients may be unable to obtain this critical heath care at all. This will lead to poor health outcomes and more costly health care needs for state residents in the immediate and long term. New Mexico is likely to bear these costs through their state

Medicaid programs.

24. Title X funding currently pays for rent, utilities, medical equipment, partial and full salaries and benefits for individuals providing family planning services across the state. Currently, funding supports eleven central support staff, seven pharmacy staff, eighteen clinicians, and eleven nurses. These funds and staff support service provision at 38 public health offices in the state. Title X funding also expands access to family planning services through 16 provider agreements with federally qualified health centers, school-based health centers, and university clinics throughout the State's provider network. A loss of Title X funding could result in the disruption of New Mexico's family planning provider network, including the loss of provider capacity and longstanding community partnerships. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim. If New Mexico cannot replace Title X funding and must reduce or eliminate family planning services accordingly, the State could incur substantially more expenses in downstream public-health costs, including costs associated with unintended pregnancies, low-birthweight/preterm births, STI complications, emergency/urgent care, and other preventable adverse health outcomes that Title X services could have helped mitigate or avoid.

25. New Mexico also provides approximately $1,644,489.00 in State funding to contractors to provide family planning and related reproductive health services. This investment supports laboratory supplies, specialty professional contracts, and existing community-based organizations that provide high-quality reproductive health services for hard-to-reach populations. To prevent the harms caused by the loss of Title X funding, New Mexico would have to attempt to fill the shortfall with State-only funds.

26. For these reasons, the loss or substantial reduction of Title X funding would impose costs on New Mexico beyond the loss of the federal grant itself. It would disrupt an established

network of providers and services, increase demands on other publicly funded health systems, and reduce access to care for residents throughout the state who rely on the State's Title X program and Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of September 2026, in Santa Fe, New Mexico

/s/

Linda Humphrey, FNP,
MSN, MPH
Medical Director, Family Planning Program
New Mexico Department of Health
2040 S. Pacheco Street, Santa Fe, NM 87505