# EXHIBIT 19

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | * | Case No. 1:26-cv-03405-DLB |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DECLARATION OF KRISTINE CAMPAGNA**

I, Kristine Campagna, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Associate Director for the Division of Health Equity at Rhode Island Department of Health ("RIDOH") within the State of Rhode Island, a position I have held since January 2022. I have been employed by RIDOH since April 12, 2009. My work includes directing, coordinating, overseeing, and evaluating the Division's programs, advising the Director and senior staff, serving as a subject matter expert on matters of community health and equity, and participating in statewide health initiatives. In this capacity, I am familiar with the State's administration, funding, and delivery of family planning and related preventive health services, including services supported through the federal Title X program.

3. I have personal knowledge of all the facts stated herein, including based on my professional experience and information and records available to me in my professional capacity. If called as a witness, I could and would testify competently to the matters set forth below.

Rhode Island's Title X-Funded Family Planning Programming

4. The State of Rhode Island, through RIDOH, is a direct recipient of Title X funding. Rhode Island uses Title X funding to cover the costs of the Family Planning Program, which delivers services to seven (7) federally qualified health centers ("FQHCs") across Rhode Island. The State has participated in the Title X program continuously since the inception of the federal program in the 1970's.

5. For Fiscal Year 2026, the Family Planning Program had a total annual budget of approximately $1,083,848, consisting entirely of federal Title X funding. There is no state funding allocated to this program. This funding supports the State's family planning program and provider network. Approximately 35% of these funds ($380,848) support staffing and organizational activities. Nearly 65% ($703,000) is awarded to sub-grantees to provide direct services. In Rhode Island, these funds serve are used to support a broad range of family planning services, including pregnancy prevention and birth spacing, pregnancy testing and counseling, assistance to achieve pregnancy, basic infertility services, sexually transmitted infection (STI) and preconception health services. The FY2026 budget is representative of the State's typical annual funding for family planning and related preventive health services.

6. Rhode Island administers Title X through seven (7) FQHCs across Rhode Island. Many of these providers are longstanding members of the State's Title X network.

7. As of September 2026, Rhode Island's Title X network operates nearly thirty (30) clinics across the state. In the first half of 2026 (January–June), these providers served approximately 15,627 individuals through approximately 19,343 visits. In calendar year 2025, Title X providers served 25,747 individuals through approximately 35,056 visits.

8. In the first half of 2026 (January–June), approximately 4% of individuals received services at no cost or were self-pay on the sliding fee scale, approximately 5% who received services

were uninsured and 52% had public insurance, and approximately 53% had household incomes at or below the federal poverty level. In calendar year 2025, approximately 2% of individuals received services at no cost or were self-pay on the sliding fee scale, approximately 3% who received services were uninsured and 38% had public insurance, and nearly 42% had household incomes at or below the federal poverty level. In many Rhode Island communities, these providers are an essential source of affordable family planning and preventive health services for individuals who otherwise have limited access to care.

9. The Title X program addresses significant public health needs within Rhode Island. For example, Rhode Island has seen a sharp increase of fourteen (14) reported cases of congenital syphilis since 2020 (from no reported cases since 2009). In response, the Title X program and the Substance Exposed Newborn program partnered to develop a harm reduction campaign that focused on direct street outreach to meet the most vulnerable maternal populations. The goal of the street outreach project is to reduce congenital syphilis rates in Rhode Island by bringing reproductive health education and supplies to women of childbearing age who are at increased risk. Maternal risk factors include being unhoused, active substance use, sexual intercourse (transactional, with multiple partners, in conjunction with drug use), incarceration, and late or no prenatal care. The project utilizes harm reduction vending machines, and real time provision of family planning/reproductive health counseling, education, and supplies. "Reproductive Health Kits" are distributed to at-risk women that contain pregnancy tests, weatherproof wallet cards with information on how to access resources such as emergency contraception, prenatal care, contraceptive methods, peer recovery support services, internal and external condoms, and basic health supplies as available (e.g. toothbrushes, first aid kits). Since March 2024, street outreach workers had approximately 4,127 encounters with at-risk women of childbearing age, distributing nearly 2,000 "Reproductive Health Kits" and referring 616 pregnant women to prenatal care. Although the total numbers are low, the

total cases of reported congenital syphilis has decreased annually since the implementation of this project. This pilot program is still underway with community partners with the goal of zero cases per year. Another example is teen birth rates; in Rhode Island, the statewide five-year average teen birth rate declined 70% between 2009-2013 and 2019-2023 from 21.0 births per 1,000 teen girls to 6.3 per 1,000. The teen birth rate in the four core cities (defined as more than 25% of children living below the FPL) declined 67% during that time but remains more than three times higher than in the remainder of the state. Title X-funded providers play an essential role in addressing these needs by providing, among other things, a wide range of contraceptive options along with contraceptive counseling and education, reproductive health counseling and education, pregnancy testing and counseling, and HIV/STI counseling, education, and testing. Additionally, RIDOH monitors a program priority of reducing infertility through chlamydia screening, which is specifically designed to complement OPA's performance measure evaluating "[t]he percentage of women 16–24 years of age who were identified as sexually active and who had at least one test for chlamydia during the measurement year."

10. Whenever it has accepted and drawn down Title X funds, RIDOH has faithfully complied with applicable law and regulations. During its participation in the Title X program, RIDOH has followed applicable Office of Population Affairs ("OPA") guidance, including implementing recommendations from the 2014 and 2024 editions of OPA's own *Providing Quality Family Planning Services* ("QFP") publication, to the extent required by OPA in its 2014 and 2024 Title X Family Planning Guidelines and applicable Funding Opportunity Announcements. RIDOH has invested time and effort to ensure it provides quality family planning services consistent with nationally recognized standards of care in compliance with applicable program requirements and recommendations. As applicable during its participation, it has worked hard to adapt its programming to implement past OPA feedback, used OPA-provided program review tools to assess its own

compliance and that of subgrantees, attended Reproductive Health National Training Center trainings, the Clinical Training Center for Sexual and Reproductive Health's annual national reproductive health conferences and has successfully completed the statewide transition to FPAR 2.0 reporting. The FPAR 2.0 transition has been in progress at the federal and state level for more than a decade. The number of OPA-required reporting fields increased by nearly 100% (from 22 data fields to 43). To ensure accurate data collection, interfacing with various electronic health record platforms, Rhode Island's data analysis and storage platform, and OPA's reporting platform, both RIDOH and FQHC staff have devoted countless hours to this project. With FPAR 2.0 reporting fully underway in 2025, quality assurance and improvement efforts, along with provision of technical assistance and support are ongoing. This was and still is a huge success at the state and national level.

Rhode Island's Title X Application and the 2027 NOFO

11. RIDOH is responsible for preparing and submitting Rhode Island's Title X application. Preparing the application requires substantial work by State personnel and coordination with the State's Title X subrecipients and other program partners.

12. Preparing RIDOH's Title X application takes significant time and resources. The process includes developing a Project Narrative, Work Plan, and Budget Narrative; coordinating with subrecipients; collecting program data; developing budgets and performance measures; and completing internal review and approval processes. The application requires the State to make decisions about its program, likely provider network, staffing, services, and budget before an application can be submitted, and well before any grant period begins.

13. RIDOH has applied for Title X family planning services project grants since the 1970's and has never been denied a grant award. As required by state law, Rhode Island must engage in a competitive bid process every five years to identify its network of proposed subrecipients before submitting its application. Historically, Rhode Island has based its Title X application substantially

on its existing program and provider network.

14. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. RIDOH has reviewed the 2027 NOFO and determined that its new conditions and priorities significantly change what is expected of Title X applicants and present significant challenges for the State's existing Title X program.

15. In particular, RIDOH understands that the 2027 NOFO requires alignment with new priorities advanced by OPA, the Office of the Assistant Secretary for Health ("OASH"), and the U.S. Department of Health and Human Services. The priorities concern, among other things, ending diversity, equity, and inclusion and health equity; ending support for gender identity; reducing "overmedicalization" in health care; enforcing the Hyde Amendment; and reproductive goal counseling, concerning marriage and parenthood (together, the "Agency Priorities"). The 2027 NOFO incorporates these priorities into the application and review process and requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

16. Applying for funding under the 2027 NOFO has required and will continue to require the State to devote extra staff time and resources to determining if and how its existing program must be modified and to address the new Agency Priorities while continuing to comply with existing Title X requirements. Rhode Island is faced with a difficult choice: on the one hand, it can apply under the 2027 NOFO with its existing Title X program, which it knows to be effective, and risk losing funding in the event the Office of Population Affairs decides that program does not sufficiently align with the new Agency Priorities; or, on the other hand, it can make changes to its established program in an attempt to further align with the new Agency Priorities, despite the vagueness of new conditions, and even though doing so may disrupt services, provider relationships, and many other aspects of the State's existing Title X programming.

17. In addition, it has not been made clear to RIDOH what is required to comply with

the new Agency Priorities. This creates a challenge for assembling Rhode Island's application. The difficulty in assembling an application is compounded by the fact that some priorities appear to be in tension, if not conflict, with existing laws and regulations. The 2027 NOFO requires applicants to describe how they will be in compliance with each provision of the statute, and also to describe plans to address current OPA priorities. Because the two do not align, this is challenging and unclear. Specifically, 42 CFR § 59.5(a)(3) requires the provision of services "in a manner that is client-centered, culturally and linguistically appropriate, inclusive, and trauma-informed; protects the dignity of the individual; and ensures equitable and quality service delivery consistent with nationally recognized standards of care"; in addition 42 CFR § 59.5 (b)(3)(iii) requires promotion of "continued participation in the project by diverse persons to whom family planning services may be beneficial to ensure access to equitable, affordable, client-centered, quality family planning services." Furthermore, 42 CFR § 59.7(a)(3) states that the "ability of the applicant to advance health equity" is one of the criteria that the Department of Health and Human Services use to decide which family planning services projects to fund and in what amount. In contrast to this, a current OPA Program Priority "Ending diversity, equity, and inclusion (DEI) policies and practices across OASH's programs," incorporated by reference in the 2027 NOFO, states that "OASH will prioritize relationships that are in compliance with this priority and applicable nondiscrimination law. OASH has previously invested in ideologically-laden concepts like health equity— mainly focused on identifying and documenting worse health outcomes for minority populations. This has not translated into measurable improved health for minority populations, and in many cases has undermined core American values." Another example of this conflict is an OASH priority, incorporated by reference in the 2027 NOFO, "to ensure OASH programs accurately reflect science, including the biological reality that a person's sex, as either male or female, is unchangeable and determined by objective biology. Accordingly, to the extent permitted by applicable law, including

any applicable court orders, OASH will prioritize OASH programs and funding that accurately reflect the scientific biological reality of sex." This language not only conflicts with the Title X statute, but also OPA's "Providing Quality Family Planning Services," which is the nationally recognized clinical recommendations and standard of care for providing quality sexual and reproductive health services and referred to as such in the 2027 NOFO, and states that providers should support the sexual and reproductive health care needs of all people regardless of their gender identity by providing gender-inclusive and affirming care as well as information on gender-affirming hormone therapy and preventive care. See, Sarah E. Romer et al., Providing Quality Family Planning Services in the United States: Recommendations of the U.S. Office of Population Affairs (revised 2024), 6 Supp. AJPM S41-S86 (Dec. 2024)

18. Rhode Island's existing Title X program is the product of many years of planning, investment, and coordination with its provider network, and the State would ordinarily expect to continue that programming, which has proven successful. To the extent the State must modify its existing program or application to address the new Agency Priorities, doing so would require additional, resource-intensive administrative review, coordination, planning, and potentially programmatic changes. If programmatic changes are required, such changes are likely to disrupt established services and provider relationships, impose substantial administrative burdens, and reduce the State's ability to maintain effective Title X programming and thus to provide family planning services and related treatment and preventive health care in Rhode Island.

19. The 2027 NOFO shifts focus to prioritize building body literacy, addressing infertility, supporting other reproductive health conditions such as endometriosis, polycystic ovary syndrome ("PCOS"), uterine fibroids, low sperm count, low sperm motility, and erectile dysfunction. It is unclear how to comply with these priorities. The 2027 NOFO also requires alignment with OASH priorities which include addressing chronic disease, ending diversity, equity, and inclusion

policies and practices, reducing overmedicalization in health care, ending support for gender ideology, enforcing the Hyde Amendment, ensuring gold standard science, ensuring funds do not benefit illegal aliens, ensuring adolescent program materials are age-appropriate, and protecting parental rights to direct religious upbringing of their children. The 2027 NOFO does not mention provision of contraception, HIV/STI testing, or related preventive care. This does not align with the current federal Title X rule and regulation which requires Title X projects to provide a broad range of effective and medically approved family planning methods and services. Alignment with all the 2027 NOFO expectations would require RIDOH to propose an entirely new project with a stronger focus on infertility and other reproductive health conditions. This would impact long-standing existing partners and services. The existing Title X funding does not fully cover the cost of services for the current project scope that includes contraceptive care. It is unlikely that the current FQHC partners would be able to provide a broader scope of infertility care or advanced care for reproductive health conditions, particularly based on the current level of funding. A shift in project focus would also eliminate support for the critical reproductive healthcare that the current project provides, including contraceptive care.

20. Rhode Island General Law § 23-13-21 requires coverage of comprehensive reproductive health and family-planning services, including patient education and counseling on options for timing and spacing pregnancy, comprehensive medical services to prevent and control the spread of sexually transmitted diseases, and access to safe and effective methods of contraception. To the extent that it steers funding away from these priorities, the 2027 NOFO is out of alignment with this longstanding provision of Rhode Island state law.

21. The 2027 NOFO language does not align with Rhode Island Department of Health's mission and values, which include reducing health disparities, science-based decision making, and working toward policies, systems, and environments that ensure all people and communities have

equitable access to opportunities to be healthy.

Consequences of Losing Title X Funding

22. If Rhode Island does not receive Title X funding for the grant cycle beginning in 2027, Rhode Island could not replace that approximately $1,083,848 federal funding with State dollars or other funding sources, and any replacement funding would first require seeking and allocating money in the state budget legislative process. The State also would not be able to determine the availability of any such funds until January 2027, presenting challenges such as a lapse in services provided by the Title X network. Since the current funding cycle and contracts with Title X providers end on March 31, 2027, and the general procurement rule is to start the Request for Proposals process six months prior to the new contract date of April 1, 2027, the process must begin on or about October 1, 2026. Without a clear scope of work or known funding to support the program, staff cannot start the procurement process which will lead to a delay in service provision.

23. Without sufficient replacement funding, Rhode Island could not fund its current Title X network in full. In Rhode Island, this would likely mean reduced services and/or loss of provider sites and health centers, loss of staff positions, and reduced access to care for individuals who currently receive Title X-funded services each year. Those who seek services in Rhode Island are likely to face longer wait times, fewer available appointments, reduced services, and/or the need to travel farther for care.

24. The State would also face fiscal consequences from the loss of Title X-funded services. Patients who are no longer able to obtain affordable family planning, sexually transmitted infection screening and treatment, and related preventive care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care from other sources. Federally Qualified Health Centers are the safety net; and in Rhode Island, they are also the

Title X network of providers. They already do more with less, including two FQHC Title X organizations who recently reduced their workforce by a combined 200 staff members due to funding shortages. A further funding reduction will continue to negatively impact staffing and their ability to provide accessible services to their patients. This would increase demand for services supported by State and local resources and could increase public expenditures for care that Title X-funded providers currently provide, including early screening, treatment, and preventive services. Some patients may be unable to obtain this critical heath care at all. This will lead to poor health outcomes and more costly health care needs for state residents in the immediate and long-term, including a potential increase in emergency room visits due to delayed care. Rhode Island is likely to bear these costs through their state Medicaid programs.

25. Title X funding currently pays for six (6) FTE positions throughout the State's provider network. This funding also pays for contraceptive supplies, including high-cost contraceptive devices such as hormonal implants and intrauterine devices ("IUDs"). A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity, longstanding community partnership, and loss of access to high-quality, affordable reproductive health services, particularly for underserved communities. Loss of reproductive services supported by these funds will have short- and long-term impacts on rates of unintended pregnancy, STI/HIV, teen pregnancy, and adverse birth outcomes. It will also expand inequities of access to person-centered care and the ability of individuals to exercise personal choice in meeting their reproductive health needs and determining the number and spacing of their children. It will also further exacerbate inequities of health outcomes experienced by underserved and marginalized populations. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim.

26. Rhode Island currently provides no additional State funding for family planning and related reproductive services. To prevent the harms caused by the loss of Title X funding, Rhode Island would have to attempt to fill the shortfall with state-only funds through the legislative appropriations process, with no guarantee that this funding would be allocated.

27. For these reasons, the loss or substantial reduction of Title X funding would impose costs on Rhode Island beyond the loss of the federal grant itself. It would disrupt an established network of providers and services, increase demands on other publicly funded health systems, and reduce access to care for residents throughout the State who rely on the State's Title X program and Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of September 2026, in PROVIDENCE, RHODE ISLAND.

Kristine Campagna

Kristine Campagna
Assoc. Dir., Div. of Comm., Health and Equity
Rhode Island Department of Health
3 Capitol Hill
Providence , RI 02908