# EXHIBIT 21

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF NEW YORK, *et al.*, *

Plaintiffs, *

v. *

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, * Case No. 1:26-cv-03405-DLB

Defendants. *

* * * * * * * * * * * *

**DECLARATION OF ILISA STALBERG, VERMONT DEPARTMENT OF HEALTH**

I, Ilisa Stalberg, pursuant to 28 U.S.C. § 1794, hereby declare that the following is true and correct:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Director of the Division of Family and Child Health at the Department of Health (Department or Department of Health) within the State of Vermont, a position I have held since 2020. My work includes providing supervision and direction to the work of the Division of Family and Child Health, including the Title X program. In this capacity, I am familiar with the State's administration, funding, and delivery of family planning and related preventative health services, including services supported through the federal Title X program.

3. I have personal knowledge of all the facts stated herein, including based on my professional experience and information and records available to me in my professional capacity. If called as a witness, I could and would testify competently to the matters set forth below.

Vermont's Title X-Funded Family Planning Programming

4. The State of Vermont, through the Agency of Human Services' Department of Health, is a direct recipient of Title X funding. Vermont uses Title X funding to cover the costs of Vermont's Title X Family Planning Services Program. This program provides high-quality clinical family planning to promote positive birth outcomes and healthy families, comprehensive reproductive health care, and related preventive health services, education, and counseling to Vermonters who would otherwise not have access, with a special focus on low-income and rural populations. Title X health centers, located statewide, deliver clinical, informational, educational, and referral services as appropriate for health and social needs. Related preventive health services are also provided and include patient education and counseling; breast and pelvic examinations; breast and cervical cancer screening according to nationally recognized standards of care; sexually transmitted infection (STI) and Human Immunodeficiency Virus (HIV) prevention education, counseling, testing, and referral; and pregnancy diagnosis and counseling. The State has participated in the Title X program since the 1970s, suspending our participation only during the period of 2019-2022.

5. For Fiscal Year 2026, Vermont's Family Planning Services Program had a total annual budget of approximately $790,719.00, consisting solely of federal Title X funding. The Title X funding supports the State's family planning program and provider network. In Vermont, Title X funding goes almost entirely to the State's one subrecipient, with a small percentage of the funding (c. $20,000) retained by the Department for administration). The FY2026 budget is representative of the State's typical annual funding for family planning and related preventative health services.

6. Vermont administers Title X through one subrecipient, which is a nonprofit organization. This subrecipient has provided Title X family planning services since the State initially received Title X grant funding in the 1970s.

7. As of September 2026, Vermont's Title X network includes six health centers.

During 2025, these providers served approximately 9,328 individuals through approximately 13,500 visits.

8. In 2025, approximately 33% of individuals received services at no cost, approximately 11% who received services were uninsured and 34% had public insurance, and approximately 64% had household incomes at or below 250% of the Federal Poverty Level (FPL) and 33% had household incomes at or below 100% of the FPL. In many Vermont communities, these providers are an essential source of affordable family planning and preventative health services for individuals who otherwise have limited access to care.

9. The Title X program addresses significant public health needs within Vermont. It provides funding for family planning and reproductive health services in very rural areas of the State, communities that without this funding would not have access to this care. Title X-funded providers play an essential role in addressing these needs by providing such care, including, among other things, pregnancy testing and counseling, preconception health services, contraceptive care and counseling, STI education, testing, and counseling, and preventive screenings.

10. Whenever it has accepted and drawn down Title X funds, the Department of Health has faithfully complied with applicable law and regulations. During its participation in the Title X program, the Department has followed applicable Office of Population Affairs ("OPA") guidance, including implementing recommendations from the 2014 and, if applicable, 2024 editions of OPA's own *Providing Quality Family Planning Services* ("QFP") publication, to the extent required by OPA in its 2014 Title X Family Planning Guidelines, applicable Funding Opportunity Announcements. The Department has invested time and effort to ensure it provides quality family planning services consistent with nationally recognized standards of care in compliance with applicable program requirements and recommendations: As applicable during its participation, it has worked hard to adapt its programming to implement past OPA feedback, used OPA-provided

program review tools to assess its own compliance and that of subgrantees, attended Reproductive Health National Training Center trainings, and developed an extensive procedure and guidance document for the program addressing all programmatic expectations.

Vermont's Title X Application and the 2027 NOFO

11. The Vermont Department of Health is responsible for preparing and submitting Vermont's Title X application. Preparing the application requires substantial work by State personnel and coordination with the State's Title X subrecipients and other program partners.

12. Preparing our Title X application takes the Health Department significant time and resources. The process includes developing a Project Narrative, Work Plan, and Budget Narrative; coordinating with subrecipients; collecting program data; developing budgets and performance measures; and completing internal review and approval processes. The application requires the State to make decisions about its program, likely provider network, staffing, services, and budget before an application can be submitted, and well before any grant period begins.

13. Vermont has applied for Title X family planning services project grants since the 1970s, and has never been denied a grant award. In 2019, left the Title X program. The Department reapplied for and received Title X funding again in 2022. Historically, Vermont has based its Title X application substantially on its existing program and provider network.

14. The Office of Population Affairs issued the 2027 Title X Notice of Funding Opportunity ("2027 NOFO") on July 9, 2026. The Department of Health has reviewed the 2027 NOFO and determined that its new conditions and priorities significantly change what is expected of Title X applicants and present significant challenges for the State's existing Title X program.

15. In particular, the Department of Health understands that the 2027 NOFO requires alignment with new priorities advanced by OPA, the Office of the Assistant Secretary for Health, and the U.S. Department of Health and Human Services. The priorities concern, among other things,

diversity, equity, and inclusion and health equity; gender identity; hormonal contraception and "overmedicalization"; abortion and the Hyde Amendment; and reproductive goal counseling, including concerning marriage and parenthood (together, the "Agency Priorities"). The 2027 NOFO incorporates these priorities into the application and review process and requires successful applicants to demonstrate ongoing alignment with them during the life of the grant (60 months).

16. Applying for funding under the 2027 NOFO has required and will continue to require the State to devote extra staff time and resources to determining if and how its existing program must be modified and to address the new Agency Priorities while continuing to comply with existing Title X requirements. Vermont is faced with a difficult choice: on the one hand, it can apply under the 2027 NOFO with its existing Title X program, which it knows to be efficacious, and risk losing funding in the event the Office of Population Affairs decides that program does not sufficiently align with the new Agency Priorities; or, on the other hand, it can make changes to its established program in an attempt to further align with the new Agency Priorities, despite the vagueness of new conditions, and even though doing so may disrupt services, provider relationships, and many other aspects of the State's existing Title X programming.

17. In addition, the vagueness of the Agency priorities leaves the Department without means to comply with those priorities while also complying with existing legal and regulatory requirements. The Agency priorities create a potential conflict with existing Vermont laws and regulations, including State laws regarding minor consent (18 V.S.A. § 9493, authorizing all individuals – including minors – to consent to reproductive health care) and access to gender-affirming care (1 V.S.A. § 150). Vermont's public health mission and priorities, including striving to ensure all people have equitable opportunities to achieve their highest level of health and well-being, also seem to conflict with the Agency priorities limiting access to reproductive health care and family planning – generally and for certain populations – and pose a potential harm to

Vermonters and Vermont families.

18. Vermont's existing Title X program is the product of many years of planning, investment, and coordination with its provider network, and the State would ordinarily expect to continue that programming, which has proven successful. To the extent the State must modify its existing program or application to address the new Agency Priorities, doing so would require additional, resource-intensive administrative review, coordination, planning, and potentially programmatic changes. If programmatic changes are required, such changes are likely to disrupt established services and provider relationships, impose substantial administrative burdens, and reduce the State's ability to maintain effective Title X programming and thus to provide family planning services and related treatment and preventative health care in Vermont.

Consequences of Losing Title X Funding

19. If Vermont does not receive Title X funding for the grant cycle beginning in 2027, Vermont would have to replace that approximately $790,000 federal funding with State dollars, and any replacement funding would first require legislative approval. The State also would not be able to determine the availability of any such funds until after the Vermont General Assembly approves such funding, presenting challenges should Title X funding cease when the General Assembly is not in session and increasing financial demands on an already strained State budget.

20. Without replacement State funding, Vermont could not fund the current Title X-funded services in full. In Vermont, this would likely mean reduced services and/or loss of provider sites and health centers, loss of staff positions, and reduced access to care for individuals who currently receive Title X-funded services each year. Those who seek services in Vermont are likely to face longer wait times, fewer available appointments, reduced services, and/or the need to travel farther for care.

21. The State would also face fiscal consequences from the loss of Title X-funded

services. Many patients who can no longer obtain affordable family planning, sexually transmitted infection screening and treatment, and related preventative care through Title X-funded providers may have to forego these cost-effective early-stage interventions or seek replacement care from other sources such as Medicaid (if they qualify) and the Access Plan (if they qualify). This would increase demand for services supported by State and local resources and could increase public expenditures for care that Title X-funded providers currently provide or help prevent through early screening, treatment, and preventative services. Some patients may be unable to obtain this critical heath care at all. Minors will be particularly impacted. This will lead to poor health outcomes and most costly health care needs for state residents in the immediate and long-term. Vermont is likely to bear these costs through the state Medicaid programs or through its general fund.

22. Title X funding currently pays for staffing, supplies, lab contracts, educational and promotional materials and efforts, staff travel between clinics, rent, and more throughout the State's provider network. A loss of Title X funding could result in the disruption of its family planning provider network, including the loss of provider capacity, longstanding community partnerships, critical referrals made by the provider network for other services, early screening and detection, and reduction of accessibility due to fewer providers, cuts to service hours, and other impacts. Rebuilding that capacity, even if alternative funding later becomes available, would require substantial time and public resources and would likely leave gaps in access to care in the interim, and possibly the long-term.

23. To prevent the harms caused by the loss of Title X funding, Vermont would have to attempt to fill the loss of funds with state-only funds.

24. For these reasons, the loss or substantial reduction of Title X funding would impose costs on Vermont beyond the loss of the federal grant itself. It would disrupt an established network of providers and services, increase demands on other publicly funded health systems, and reduce

access to care for residents throughout the State who rely on the State's Title X program and Title X-funded services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of October 2026, in Waterbury, Vermont.

/s/ Ilisa (she/her) Stalberg

Ilisa Stalberg
Director, Division of Family and Child Health
Vermont Department of Health
280 State Drive
Waterbury, Vermont 05671-8300