**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-03405-DLB |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move this Court, pursuant to Federal Rules of Civil Procedure 56(a) for entry of summary judgment in their favor on all claims asserted against them. Arguments and authorities in support of this motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Reply in Support of the Their Motion to Dismiss, Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

October 23, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

/s/ *Matthew C. Zorn*
MATTHEW C. ZORN
Senior Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
matthew.zorn2@usdoj.gov

LANDEN P. BENSON
Attorney
GA Bar No. 863909
U.S. Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201
landen.benson@hhs.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, the foregoing was filed through the CM/ECF system, which will automatically generate notice upon all counsel of record.

/s/ *Landen P. Benson*

LANDEN P. BENSON
Attorney
GA Bar No. 863909
U.S. Department of Health and Human Services
200 Independence Ave., SW
Washington, DC 20201
landen.benson@hhs.gov

*Counsel for Defendants*