**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-03405-DLB |

**[PROPOSED] ORDER**

NOW, this _____ day of _______________, 2026, upon consideration of Defendants' Cross Motion for Summary Judgment, the brief in support thereof, and any responses and replies thereto, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED

______________________________
JUDGE DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND